Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-30573 / CMG**

Kollette Lynn Taylor

Petition Filed Date: 10/16/2018  
341 Hearing Date: 11/29/2018  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/05/2018 | $675.00 | 53657920 | 12/04/2018 | $675.00 | 54460280 | | | |

**Total Receipts for the Period: $1,350.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kollette Lynn Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID G BESLOW, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | CAPITAL ONE AUTO FINANCE<br>»»  2010 GMC ACADIA | Debt Secured by Vehicle | $1,696.98 | $0.00 | $0.00 |
| 2 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $1,313.00 | $0.00 | $0.00 |
| 3 | NEW YORK STATE<br>»»  2000-2003 | Unsecured Creditors | $41,588.23 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2001 | Secured Creditors | $4,530.15 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  EST TAXES- ON HOLD | Priority Crediors<br>Hold Funds: Estimated | $3,689.99 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  EST TAXES- ON HOLD | Unsecured Creditors<br>Hold Funds: Estimated | $31,576.18 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,112.35 | $0.00 | $0.00 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,282.45 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  LANE BRYANT | Unsecured Creditors | $1,059.22 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»»  QCARD | Unsecured Creditors | $1,018.68 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $465.77 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»»  TORRID | Unsecured Creditors | $1,655.25 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»»  HSN | Unsecured Creditors | $1,757.00 | $0.00 | $0.00 |
| 14 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $442.09 | $0.00 | $0.00 |

| # | Creditor | Type | Amount | | |
|---|---|---|---:|---:|---:|
| 15 | LVNV FUNDING LLC | Unsecured Creditors | $2,008.27 | $0.00 | $0.00 |
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $538.40 | $0.00 | $0.00 |
| 17 | TD BANK USA NA | Unsecured Creditors | $1,215.35 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK | Unsecured Creditors | $1,341.29 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JCP | Unsecured Creditors | $1,167.98 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITGO | Unsecured Creditors | $373.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $415.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $1,075.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC<br>»» SANTANDER CONSUMER | Unsecured Creditors | $1,328.04 | $0.00 | $0.00 |
| 24 | US Department of Education | Unsecured Creditors | $10,157.97 | $0.00 | $0.00 |
| 25 | US Department of Education | Unsecured Creditors | $13,124.53 | $0.00 | $0.00 |
| 26 | US BANK NATIONAL ASSOCIATION<br>»» P/126 HIDDEN TRL/1ST MTG | Mortgage Arrears | $41,032.86 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,083.33 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYCARD | Unsecured Creditors | $1,718.89 | $0.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» EST TAXES- ON HOLD | Priority Creditors<br>Hold Funds: Estimated | $3,318.62 | $0.00 | $0.00 |
| 30 | NJ DIVISION OF TAXATION | Unsecured Creditors | $10,578.33 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,025.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $575.00 |
| Paid to Trustee: | $141.75 | Arrearages: | $0.00 |
| Funds on Hand: | $1,883.25 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**