UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 ©**

**Mester & Schwartz, P.C.**
**Jason Brett Schwartz, Esquire**
**Bar No. 4217**
**1333 Race Street**
**Philadelphia, PA 19107**
**(267) 909-9036**

**In Re:**

**KOLLETTE LYNN TAYLOR,**
                 **Debtor**

Case No.: 18-30573-CMG

Judge: Christine M. Gravelle

Chapter 13

**CERTIFICATE OF CONSENT REGARDING**
**CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION**

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)    The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order;

(b)    The signatures represented by the  /s/  on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)    I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)    I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

_    (e) *If submitting the Consent Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan);

_    (e) *If submitting the Consent Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with an  /s/  ).

                                                              /s/ Jason Brett Schwartz
                                                              Jason Brett Schwartz, Esquire