UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107



Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**KOLLETTE LYNN TAYLOR,**

                **Debtor**

Case No.: 18-30573-CMG

Judge: Christine M. Gravelle

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 26, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

Debtor:             Kollette Lynn Taylor
Case No.:           18-30573-CMG
Caption of Order:   Consent Order Settling Objection to Confirmation

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD, V.I.N. 1GKLVMED3AJ169057, securing a lien held by COAF.

2. COAF shall be paid $7,645.25 plus 6.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $8,921.67.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3

Debtor:            Kollette Lynn Taylor
Case No.:          18-30573-CMG
Caption of Order:  Consent Order Settling Objection to Confirmation

**We hereby Consent to the form and entry of the foregoing Order.**

_____          _____
David G. Beslow, Esquire                 Jason Brett Schwartz, Esquire
Goldman & Beslow, LLC                    Mester & Schwartz, P.C.
7 Glenwood Avenue                        1333 Race Street
Suite 311B                               Philadelphia, PA 19107
East Orange, NJ 07017                    Attorney for COAF
Attorney for Debtor