UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107

Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**KOLLETTE LYNN TAYLOR,**

                        **Debtor**

Case No.: 18-30573-CMG

Judge: Christine M. Gravelle

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The Relief set forth on the following pages, numbered two (2) through <u>three (3)</u> is hereby

**ORDERED.**

**DATED: March 26, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Kollette Lynn Taylor |
| Case No.: | 18-30573-CMG |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD, V.I.N. 1GKLVMED3AJ169057, securing a lien held by COAF.

2. COAF shall be paid $7,645.25 plus 6.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $8,921.67.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3

| | |
|---|---|
| Debtor: | Kollette Lynn Taylor |
| Case No.: | 18-30573-CMG |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

We hereby Consent to the form and entry of the foregoing Order.

_____  
David G. Beslow, Esquire  
Goldman & Beslow, LLC  
7 Glenwood Avenue  
Suite 311B  
East Orange, NJ 07017  
Attorney for Debtor

_____  
Jason Brett Schwartz, Esquire  
Mester & Schwartz, P.C.  
1333 Race Street  
Philadelphia, PA 19107  
Attorney for COAF