UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107



Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**KOLLETTE LYNN TAYLOR,**

      **Debtor**

Case No.: 18-30573-CMG

Judge: Christine M. Gravelle

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: March 26, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

Debtor:         Kollette Lynn Taylor
Case No.:       18-30573-CMG
Caption of Order: Consent Order Settling Objection to Confirmation

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD, V.I.N. 1GKLVMED3AJ169057, securing a lien held by COAF.

2. COAF shall be paid $7,645.25 plus 6.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $8,921.67.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2010 GMC LIGHT DUTY Acadia Utility 4D SLT AWD until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3

Debtor:             Kollette Lynn Taylor
Case No.:           18-30573-CMG
Caption of Order:   Consent Order Settling Objection to Confirmation

**We hereby Consent to the form and entry of the foregoing Order.**

David G. Beslow, Esquire
Goldman & Beslow, LLC
7 Glenwood Avenue
Suite 311B
East Orange, NJ 07017
Attorney for Debtor

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for COAF

United States Bankruptcy Court
District of New Jersey

In re:  
Kollette Lynn Taylor  
    Debtor

Case No. 18-30573-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 1             Date Rcvd: Mar 26, 2019  
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db          +Kollette Lynn Taylor,   126 Hidden Trail,   North Plainfield, NJ 07060-3924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          David G. Beslow    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org,  
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf  
           of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates,  
           Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance  
           jschwartz@mesterschwartz.com  
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as trustee, on  
           behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through  
           Certificates, Series 2007-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                        TOTAL: 6