**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**5** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **5** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:  **Kollette Lynn Taylor**

Case No.: 18-30573

Judge: CMG

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date: 4/16/2019
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **DGB**    Initial Debtor: **KLT**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor has paid $4050.00 to date, and shall pay **$1010.00 Monthly** to the Chapter 13 Trustee, starting in May 2019__ for approximately **54** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☑ Future Earnings
  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
    Description:
    Proposed date for completion: _____

  ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Goldman & Beslow LLC** | **Attorney fees** | **Est. 3500.00** |
| **Albert Russo, Esq. Chapter 13 Trustee** | **Trustee commissions** | **unknown** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **unknown** |
| **State of New Jersey** | **Taxes and certain other debts** | **unknown** |
| **State of New York** | **Taxes and certain other debts** | **unknown** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside of Plan) |
|---|---|---|---|---|---|
| **Select Portfolio Servicing** | **1st Mortgage Arrears** | **$41,032.86** | **n/a** | **$41,032.86** | **Ongoing Payments** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside of Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Real Estate and personalty | $25,210 | $4,530.15 | n/a | n/a | 4.25% | $5,036.40 |
| Midland Funding, LLC | Real Property | $1,864 | $286,000 | $323,541.75 | n/a | n/a | lien to be voided and treated as fully unsecured |
| LVNV Funding | Real Property | $2,120 | $286,000 | $323,541.75 | n/a | n/a | lien to be voided and treated as fully unsecured |
| Capital One Auto | 2010 GMC Acadia | $7,617 | $2,744 | $7,617 | $2,744 | 4.25% | $3,051 |

　　　　2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

　　　　The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  | 0.00 |

**Part 5:  Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| U.S. Department of Education/ Great Lakes | Student Loans | Outside Plan - Deferred | Outside Plan - Deferred |

### Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Midland Funding** | **Real Property** | **$1,864** | **$286,000** | **$323,541.75** | n/a | **Entire Lien** |
| **LVNV Funding** | **Real Property** | **$2,120** | **$286,000** | **$323,541.75** | n/a | **Entire Lien** |

5

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE  The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above: | | | | | | |

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Capital One Auto** | 2010 GMC Acadia | $7,617 | $2,744 | $3,051 | Balance to be treated as fully unsecured |
| **Internal Revenue Service** | Real Property and Personalty | $25,210 | $4,530.15 | $5,036.40, $4,530.15 at 4.25% interest | Balance to be treated as fully unsecured |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Priority Claims
4) Secured Claims
5) Lease Arrearages
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __3/4/2019__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Accounting for higher mortgage arrears and Trustee's objection to plan based on additional disposable monthly income.** | **Increasing plan payments and modifying plan to account for higher mortgage claim.** |

6

Are Schedules I and J being filed simultaneously with this Modified Plan?  ☐ Yes  ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| Date: | **April 16, 2019** | /s/ **Kollette Lynn Taylor** |
| | | **Kollette Lynn Taylor** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |
| Date | **April 16, 2019** | /s/ **David Beslow, Esq.** |
| | | **David Beslow, Esq. 5300** |
| | | Attorney for the Debtor(s) |

7

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                 Case No. 18-30573-CMG
Kollette Lynn Taylor                                                   Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                  Page 1 of 5                  Date Rcvd: Apr 17, 2019
                              Form ID: pdf901              Total Noticed: 177

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Kollette Lynn Taylor,    126 Hidden Trail,     North Plainfield, NJ 07060-3924
517815958      +Aaron's Sales & Lease,    Attn: Bankruptcy,     Po Box 100039,    Kennesaw, GA 30156-9239
517815975       Avenue,    c/o JH Portfolios,     5757 Phanpon Drive,    Suite 225,    Hazelwood, MO 63042
517815976      +Barclays,    c/o Philips & Cohan,     1002 Justison Street,     Wilmington, DE 19801-5148
517815978      +Barclays Bank Delaware,    P.o. Box 8803,     Wilmington, DE 19899-8803
517815977      +Barclays Bank Delaware,    Attn: Correspondence,      Po Box 8801,    Wilmington, DE 19899-8801
517816007     ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,     NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,       Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
517815989      +Capital One Bank,    c/o Hayt, Hayt & Landau, LLC,     Meridian Center 1,
                 Two Industrial Way West PO Box 500,      Eatontown, NJ 07724-0500
517815988      +Capital One Bank,    323 W. Lakeside Avenue,    #200,    Cleveland, OH 44113-1009
517815990      +Capital One Bank c/o,    Hayt Hayt & Landau,    2 Industrial Way West,     P.O. Box 500,
                 Eatontown, NJ 07724-0500
517916223       Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
517815993      +Citgo Card,    P.O. Box 6401,    Sioux Falls, SD 57117-6401
517815992      +Citgo c/o,    Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517816009      +Credit One,    c/o Pressler Felt & Warshsaw,    7 Entin Road,     Parsippany, NJ 07054-5020
517816021      +Dsnb Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
517816020       Dsnb Bloomingdales,    Attn: Recovery 'Bk',     Po Box 9111,    Mason, OH 45040
517816022       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517816023      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
517816024      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517816025      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517816035     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: First Savings Credit Card,       500 East 60th St North,
                 Sioux Falls, SD 57104)
517816027      +Financial Recoveries,    200 East Park Driv,    Mount Laurel, NJ 08054-1297
517816026      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517816031      +First Nataional Bank/Legacy,     500 East 60th St North,    Sioux Falls, SD 57104-0478
517816030      +First Nataional Bank/Legacy,     Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
517816033      +First Saving Bank / Blaze,    5501 S Broadband Ln,     Sioux Falls, SD 57108-2253
517816032      +First Saving Bank / Blaze,    Attn: Bankruptcy,     Po Box 5096,    Sioux Falls, SD 57117-5096
517816034      +First Savings Credit Card,     Attn: Bankruptcy Department,     Po Box 5019,
                 Sioux Falls, SD 57117-5019
517816037      +Genesis Financial Solutions,     8705 Sw Nimbus Ave Ste 3,    Beaverton, OR 97008-4000
517816040      +Gettington,    c/o Faloni & Associates,    165 Passaic Avenue,     Ste. 301B,
                 Fairfield, NJ 07004-3592
517816041      +Gettington c/o,    Faloni & Associates,    PO Box 1285,    Caldwell, NJ 07007-1285
517816043      +HSBC Auto Finance / Santander,     Po Box 961245,    Fort Worth, TX 76161-0244
517816042      +HSBC Auto Finance / Santander,     Santander Consumer USA,    Po Box 961245,
                 Fort Worth, TX 76161-0244
517816047      +HSN,    c/o Pressler, Felt & Warshaw,     7 Entin Road,    Parsippany, NJ 07054-5020
517816044      +Hsbc Bank,    95 Washington Street,    Buffalo, NY 14203-3006
517816052      +Jn Portfolio Debt Equities, LLC,     5757 Phantom Dr Ste 225,     Hazelwood, MO 63042-2429
517816050      +Jn Portfolio Debt Equities, LLC,     Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
517816055      +Kohl's,    c/o Altran Financial,    PO Box 610,    Sauk Rapids, MN 56379-0610
517816062      +LVNV Funding c/o,    Stenger & Stenger,    2618 East Paris Avenue SE,
                 Grand Rapids, MI 49546-2458
517816058      +Lane Bryant c/o,    Contract Callers Inc.,    PO Box 2207,     Augusta, GA 30903-2207
517816061      +Lord & Taylor,    c/o The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
517816072      +Matrix,    c/o Oilphant Financial,    1800 2nd Street,    Suite 603,    Sarasota, FL 34236-5990
517816074      +Merrick Bank,    c/o FBCS,    330 South Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
517816085      +Midland Funding c/o,    Pressler, Felt & Warshaw, LLP,     7 Entin Road,
                 Parsippany, NJ 07054-5020
517816087      +Monterey County Bank,    Po Box 4499,    Beaverton, OR 97076-4499
517840510       NY State Dept of Taxation and Finance,      Bankruptcy Section,    PO Box 5300,
                 Albany, NY 12205-0300
517816114      +QVC,    c/o Pressler Felt & Warshaw,     7 Entin Road,    Parsippany, NJ 07054-5020
517816116       Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
517816118      +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
517816117      +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
517971220     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,       Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517816123      +Select Portfolio Servicing,     P.O. Box 65587,    Salt Lake City, UT 84165-0587
517816142      +State Of Nj Highed Ed,    4 Quakerbridge Plaza,     Trenton, NJ 08619-1241
517816137      +State of New Jersey,    Division of Taxation,    50 Barrack Street,     P.O. Box 269,
                 Trenton, NJ 08602-0269
517816138      +State of New Jersey,    c/o Office of the Attorney General,      Hughes Justice Complex,
                 25 West Market Street CN-080,     Trenton, NJ 08611-2148
517816139       State of New York,    Department of Taxation and Finance,     Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
```

```
District/off: 0312-3          User: admin              Page 2 of 5              Date Rcvd: Apr 17, 2019
                              Form ID: pdf901          Total Noticed: 177


517816140      State of New York,    Office of the Attorney General,    State Capital,    Albany, NY 12224
517816141      State of New York,    Department of Taxation and Finance,    WA Harriman State Campus,
                Albany, NY 12227-0001
517827597     +Summit Medical Group,    C/O Simon’s Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517816165     +TJX c/o,    Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517816161     +Target,    c/o RFR Assets,    4510 West 77th Street,    Minneapolis, MN 55435-5505
517816159      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517816160     +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517816162     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517816163     +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517816164     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517816167     +Torrid,    c/o Pressler, Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517816168      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517816169     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517936318     +U.S. Bank National Association, as trustee, on beh,    PO BOX 65250,
                Salt Lake City, UT 84165-0250
517932018      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517816174     +US Deptartment of Education/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
517816172     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                Madison, WI 53707-7860
517816171     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
517816177     +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
517816176     +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517816178     +Walmart c/o,    Convergent Outsourcing,    800 SW 39th Streett,    Suite 100,
                Renton, WA 98057-4927
517816180     +Web Bank,    8405 Sw Nimbus Ave,    Beaverton, OR 97008-7185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517815974     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:55:27      Amazon,
                c/o Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517883578     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:37
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517815981      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:55:45      Capital 1 Bank,
                Po Box 85520,    Richmond, VA 23285
517815979     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:56:36      Capital 1 Bank,
                Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815984     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:55:45      Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
517815985     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:39      Capital One,
                c/o Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517815983     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:56:36      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815986     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 18 2019 00:55:44
                Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815987     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 18 2019 00:55:44
                Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
517829168     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2019 01:07:22
                Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517826330     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2019 00:56:34
                Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
517855574      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:55:45
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517815991     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04     Citfingerhut,
                6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
517815995     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:58     Comenity Bank/Avenue,
                Po Box 182789,    Columbus, OH 43218-2789
517815994     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:58     Comenity Bank/Avenue,
                Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517815997     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:58     Comenity Bank/Lane Bryant,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517815996     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/Lane Bryant,
                Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
517815998     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/Lane Bryant,
                Po Box 182789,    Columbus, OH 43218-2789
517816003     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/Torrid,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517816004     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/Torrid,
                Po Box 182789,    Columbus, OH 43218-2789
517816000     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/lnbryant,
                4590 E Broad St,    Columbus, OH 43213-1301
517816001     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:59     Comenity Bank/roamans,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin                  Page 3 of 5                   Date Rcvd: Apr 17, 2019
                              Form ID: pdf901              Total Noticed: 177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517816002      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:49:00      Comenity Bank/roamans,
                 Po Box 182789,    Columbus, OH 43218-2789
517816005       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:49:00      Comenity Capital Bank/HSN,
                 Attn:    Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
517816006      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:49:00      Comenity Capital Bank/HSN,
                 Po Box 182120,    Columbus, OH 43218-2120
517816011      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 00:56:15      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517816010       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 00:56:20      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517816013      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 00:55:28      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517816018      +E-mail/Text: deptbankruptcy@deltacommunitycu.com Apr 18 2019 00:48:37       Delta Ccu,
                 1025 Viriginia Ave,    Atlanta, GA 30354-1319
517816016      +E-mail/Text: deptbankruptcy@deltacommunitycu.com Apr 18 2019 00:48:37       Delta Ccu,
                 Attention: Bankruptcy Department,    Po Box 20541,    Atlanta, GA 30320-2541
517816028      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
517816029      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517816036      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 18 2019 00:50:31
                 Genesis Financial Solutions,    Attn: Bankruptcy,    Po Box 4865,    Beaverton, OR 97076-4865
517816039      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04      Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
517816038      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04      Gettington,
                 P.O. Box 1500,    Saint Cloud, MN 56395-1500
517816045      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:49:00      HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
517816046       E-mail/Text: bankruptcy@hsn.net Apr 18 2019 00:49:58      HSN,    P.O. Box 9090,
                 Clearwater, FL 33758-9090
517816048       E-mail/Text: cio.bncmail@irs.gov Apr 18 2019 00:48:29      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517816049      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:03       JC Penny,
                 c/o Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517816054       E-mail/Text: bncnotices@becket-lee.com Apr 18 2019 00:48:12      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
517816056      +E-mail/Text: bncnotices@becket-lee.com Apr 18 2019 00:48:12      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517816057      +E-mail/Text: bncnotices@becket-lee.com Apr 18 2019 00:48:12      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517931600       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:54:49       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517889397       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:55:42       LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517816063      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:54:49
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517816065      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:55:41
                 LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
517816059      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:49:00      Lane Bryant Retail/soa,
                 450 Winks Ln,    Bensalem, PA 19020-5932
517816060       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:30      Lord & Taylor,    P.O. Box 960035,
                 Orlando, FL 32896-0035
517859364       E-mail/Text: bkr@cardworks.com Apr 18 2019 00:47:40      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517816068      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 18 2019 00:50:31       Mabt - Genesis Retail,
                 Po Box 4499,    Beaverton, OR 97076-4499
517816067      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 18 2019 00:50:31       Mabt - Genesis Retail,
                 Bankcard Services,    Po Box 4477,    Beaverton, OR 97076-4401
517816071      +E-mail/Text: legal@arsnational.com Apr 18 2019 00:48:40      Macy's,    c/o ARS,
                 201 West Grand Avenue,    Escondido, CA 92025-2603
517816075      +E-mail/Text: bkr@cardworks.com Apr 18 2019 00:47:40      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517816076      +E-mail/Text: bkr@cardworks.com Apr 18 2019 00:47:40      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517816077      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 00:49:14      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517874836      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 00:49:14      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517816086      +E-mail/Text: pattie@montereycountybank.com Apr 18 2019 00:50:01       Monterey County Bank,
                 601 Munras Ave,    Monterey, CA 93940-3107
517816109       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:55:25
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
517936359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:39
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517929720       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:56:18
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 4 of 5              Date Rcvd: Apr 17, 2019
                              Form ID: pdf901          Total Noticed: 177


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517937133     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:37
              Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517929714     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:37
              Portfolio Recovery Associates, LLC,   c/o Citgo,   POB 41067,   Norfolk VA 23541
517929711     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:22
              Portfolio Recovery Associates, LLC,   c/o Jc Penney,   POB 41067,   Norfolk VA 23541
517929715     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 01:07:03
              Portfolio Recovery Associates, LLC,   c/o Tjx,   POB 41067,   Norfolk VA 23541
517816088    +E-mail/Text: recovery@paypal.com Apr 18 2019 00:47:48      Paypal,   2211 N. First Street,
              San Jose, CA 95131-2021
517816089    +E-mail/PDF: clerical@simmassociates.com Apr 18 2019 00:54:30       Paypal,   c/o Simm Associates,
              800 Pencader Drive,    Newark, DE 19702-3354
517816097    +E-mail/Text: Bankruptcy@pinnaclefcu.com Apr 18 2019 00:48:37       Pinnacle Fed Cr Un,
              135 Raritan Center,    Edison, NJ 08837-3645
517816090    +E-mail/Text: Bankruptcy@pinnaclefcu.com Apr 18 2019 00:48:38       Pinnacle Fed Cr Un,
              135 Raritan Center Pkwy,    Edison, NJ 08837-3645
517816104    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:54:37
              Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
517861928     E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2019 00:49:07
              Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,   PO Box 788,
              Kirkland, WA 98083-0788
517921396    +E-mail/Text: bncmail@w-legal.com Apr 18 2019 00:49:29      SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517816120    +E-mail/Text: bankruptcy@savit.com Apr 18 2019 00:50:23      SaVit Collection Agency,
              46 W Ferris St,   East Brunswick, NJ 08816-2159
517816119    +E-mail/Text: bankruptcy@savit.com Apr 18 2019 00:50:23      SaVit Collection Agency,
              Attn: Bankruptcy,   Po Box 250,   East Brunswick, NJ 08816-0250
517816121    +E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2019 00:50:29
              Select Portfolio Servicing,    Po Box 65250,   Salt Lake City, UT 84165-0250
517816132    +E-mail/Text: clientservices@simonsagency.com Apr 18 2019 00:50:10       Simons Agency, Inc.,
              4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517816127    +E-mail/Text: clientservices@simonsagency.com Apr 18 2019 00:50:10       Simons Agency, Inc.,
              Attn: Bankruptcy,   4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517816143    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:56:24       Syncb Bank/American Eagle,
              Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517816144    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:33       Syncb Bank/American Eagle,
              Po Box 965005,    Orlando, FL 32896-5005
517816146    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:33       Syncb/citgo,   C/o Po Box 965004,
              Orlando, FL 32896-0001
517816145    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:22       Syncb/citgo,   Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
517818567    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:40       Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517816147    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:32       Synchrony Bank/ JC Penneys,
              Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517816148    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:43       Synchrony Bank/ JC Penneys,
              Po Box 965007,    Orlando, FL 32896-5007
517816151    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:56:23       Synchrony Bank/Amazon,
              Po Box 965015,    Orlando, FL 32896-5015
517816149    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:12       Synchrony Bank/Amazon,
              Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517816153    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:15       Synchrony Bank/QVC,
              Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517816154    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:45       Synchrony Bank/QVC,
              Po Box 965018,    Orlando, FL 32896-5018
517816155    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:44       Synchrony Bank/TJX,
              Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517816156    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:55:29       Synchrony Bank/TJX,
              Po Box 965015,    Orlando, FL 32896-5015
517816157    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:41       Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517816158    +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2019 00:54:35       Synchrony Bank/Walmart,
              Po Box 965024,    Orlando, FL 32896-5024
517919749    +E-mail/Text: bncmail@w-legal.com Apr 18 2019 00:49:29      TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517816166    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 18 2019 00:48:58       Torrid,   P.O. Box 182789,
              Columbus, OH 43218-2789
517816170    +E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:20      United States Attorney,
              Peter Rodino Federal Building,    970 Broad Street, Ste. 700,   Newark, NJ 07102-2527
517816179    +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04       Web Bank,
              215 S State St Ste 800,    Salt Lake City, UT 84111-2339
517816182    +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04       Webbank/Gettington,
              Attn: Bankruptcy,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517816183    +E-mail/Text: bnc-bluestem@quantum3group.com Apr 18 2019 00:50:04       Webbank/Gettington,
              6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 99
```

```
District/off: 0312-3          User: admin              Page 5 of 5              Date Rcvd: Apr 17, 2019
                              Form ID: pdf901          Total Noticed: 177
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517816115          Raritan Bay Fed Cr Un
517816069*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,     Newark, DE 19713)
517816073*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Matrix,    P.O. Box 8099,    Newark, DE 19714)
517816008*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,    Pob 8099,    Newark, DE 19714)
517816126*       +Select Portfolio Servicing, Inc.,    3815 South West Temple Street,
                   Salt Lake City, UT 84115-4412
517815972       ##+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
517815973       ##+ACB Receivables Management,    19 Main St,    Asbury Park, NJ 07712-7012
517815950       ##+Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
517815965       ##+Aaron's Sales & Lease,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
517816124       ##+Select Portfolio Servicing,    3815 South West Temple St,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 1, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              David G. Beslow    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates,
               Series 2007-2 dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through
               Certificates, Series 2007-2 kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```