| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on May 2, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In Re:<br><br>**KOLLETTE LYNN TAYLOR**<br><br>Debtor(s). | Case No.: 18-30573 CMG<br><br>Hearing:  4/17/19 @ 10:00 AM<br><br>Judge:  **Christine M. Gravelle** |

### INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: May 2, 2019**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 4/17/19 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to  7/3/19 at  10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall resolve the following issues required for Confirmation, on or before the date specified herein:

- Debtor(s) resolution of the estimated tax claim(s) of NJ Division of Taxation and IRS by Amended Proof of Claim on or before 6/15/19.
- Resolution of objection of  US Bank, Doc #16, by Order or otherwise, on or before 5/15/19
- Service of Plan and Transmittal Letter regarding IRS to include US Attorney General.
- Debtor's counsel to provide the Trustee, in writing, an estimate of attorney fees to be paid in the plan.

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.