| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re:<br><br>**KOLLETTE LYNN TAYLOR**<br><br>Debtor(s). |

**Order Filed on May 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-30573 CMG

Hearing:  4/17/19 @ 10:00 AM

Judge:  **Christine M. Gravelle**

### INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: May 2, 2019**

*(signature)*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 4/17/19 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to  7/3/19 at 10:00 a.m.

**IT IS FURTHER ORDERED** that debtor(s) shall resolve the following issues required for Confirmation, on or before the date specified herein:

- Debtor(s) resolution of the estimated tax claim(s) of NJ Division of Taxation and IRS by Amended Proof of Claim on or before 6/15/19.

- Resolution of objection of US Bank, Doc #16, by Order or otherwise, on or before 5/15/19

- Service of Plan and Transmittal Letter regarding IRS to include US Attorney General.

- Debtor's counsel to provide the Trustee, in writing, an estimate of attorney fees to be paid in the plan.

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.

United States Bankruptcy Court
District of New Jersey

In re:  
Kollette Lynn Taylor  
      Debtor

Case No. 18-30573-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 03, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.  
db          +Kollette Lynn Taylor,    126 Hidden Trail,    North Plainfield, NJ 07060-3924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        David G. Beslow    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf  
         of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates,  
         Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance  
         jschwartz@mesterschwartz.com  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as trustee, on  
         behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through  
         Certificates, Series 2007-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                 TOTAL: 6