GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey  07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

In Re:

KOLLETTE LYNN TAYLOR

Debtor (s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CASE NO: 18-30573/CMG

CERTIFICATION OF SERVICES
FROM: 2/24/14
TO: 6/18/19

DATE MATTER HEARD:

MARK GOLDMAN, ESQ., hereby certifies that:

1. I am the attorney representing the debtor(s) in this matter.

2. Following time has been spent on behalf of the debtor(s) in reference to this matter:

| Date(s) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | **OFFICE CONSULTATIONS** | | | |
| 2/24/14 | Initial consultation with client | N/C | | |
| 3/11/14 3/13/14 | Complete and review worksheets with client | | 60 | |
| | Preparation and filing of application for extension of time to file plan with certificate of service | | | |
| 4/30/15 | Consultation with client | 60 | | |
| 7/26/16 | Consultation with client | 40 | | |
| | Consultation with client | | | |
| | Consultation with client | | | |
| | **REVIEW SCHEDULES, PETITION AND PLAN** | | | |
| 4/18/14 10/12/18 | Review and execute schedules and plan; preparation of second draft of schedules and plan | 60 90 | | |
| 10/15/18 | preparation and filing of petition / REVIEW WORKSHEETS | 140 | | |

| DATE(S) | and matrix | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | Preparation of income contribution Certification | | | |
| | Final attorney review of completed schedules and plan | | | |
|  | **REVISION AND/OR MODIFICATION OF PLAN AND/OR SCHEDULES** | | | |
| 4/16/19 3/4/19 | PREPARE + FILE MODIFIED CHAP 13 PLAN + SECOND MODIFIED / PREPARE + FILE AMENDED SCH IJ | 70 | | 30 |
| 6/22/19 (e) | PREPARE + FILE 3RD MODIFIED + SERVICE | 30 | | 30 |
|  | **COURT APPEARANCE/FILE REVIEW** | | | |
| 11/29/18 | 341 Hearing pre & post 341 file review and paralegal preparation - APPEARANCE PLAN + SERVICE | 15 | | 15 |
| | Adjourned Hearing    BY OUTSIDE COUNSEL | | | |
| 3/18 4/12 6/30 | Pre-Confirmation file review | 30 | | |
| 3/6 4/17 6/5 7/3 | Attendance at Confirmation hearing - APPEARANCE BY OUTSIDE COUNSEL - | | | |
| 11/30/18 | File Review ; C | 15 | | |
|  | **DOCUMENT REVIEW** | | | |
| | Mortgagee proof of claim – | | | |
| | Mortgagee proof of claim - | | | |
| 12/17/18 11/18 4/16/19 6/18 | Proof of Claim – IRS · SUBMIT RETURNS 2013, 16, + 17 + P/C TO IRS | 10 | | 20 |
| 6/18 1/16/19 4/17/19 4/16 4/9/19 | Proof of Claim + REVIEW AMENDED NJ P/O/C; SUBMIT W-2's (NJ) + RETURNS; P/C FROM STATE | 10 | | 60 |
| (E) | Proof of Claim -- REVIEW AMENDED P/O/C NJ + IRS | 15 | | |
| | FROM MORTGAGEE | 10 | | |
| 10/31/18 | REQUEST P/O/M TRS | 10 | | |
| 5/3/19 | REVIEW INTERIM ORDER RE CONFIRMATION | 10 | | |
| (E) | Review Trustee proposed distribution | 10 | | |
| (E) | Review Confirmation Order | 5 | | |

| DATE(S) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| 5/30 5/11/19 3/20/19 4/11/19 3/4/19 2/7/19 1/7/19 6/1/19 10/19/18 | Review Mortgagee objection to confirmation, EMAIL EXCHANGES & RESOLUTION | 40 | | |
| | REVIEW AUTO LENDER OBJECTION CAPITAL 1 & RESOLUTION | 20 | | |
| (E) | Review Trustee Annual Reports | 10 | | |
| (E) | Review Notice of Mortgage Payment | | | |
| 11/29/18 | Review Trustee objection to confirmation | 10 | | |

### TELECONFERENCES REVIEW OF FAXES AND/OR CORRESPONDENCE FROM CLIENT

| | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| 5/13/14 4/25/14 7/1/14 | P/C TO CLIENT | 10 | | 20 |
| 11/24/18 12/1/19 7/1/18 6/6/19 | P/C FROM CLIENT; L/M FOR CLIENT | 50 | | 10 |
| 7/20/16 | P/C TO CLIENT | 10 | | |
| 3/7/14 4/17/19 $31.60 | R/C TO CLIENT P/C TO CLIENT | 10 | | 20 |
| 9/27 9/6/18 6/30/16 4/20/15 | P/C FROM CLIENT P/C FROM CLIENT; TO CLIENT | 30 | | 10 |
| 10/11/18 10/17/18 11/20/18 | P/C FROM CLIENT; 1 P/C CLIENT P/C FROM CLIENT | 10 | | 20 |

### CORRESPONDENCE TO CLIENT

| | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | File opening letter/Opening of file | | | |
| | Advising of Status – 15 day letter | | | |
| | To schedule appointment to execute schedules and plan | | | |
| 10/17/18 | Chapter 13 instructional letter | 10 | | |
| | Regarding 341 hearing | | | |
| 5/3/19 12/20/18 3/8/19 | Regarding confirmation hearing + DEFICIENCIES | 40 | | |
| | Outcome to Confirmation w/order(2) | 10 | | |
| 10/17/18 | Debtor education course requirement | 10 | | |

### CREDITOR/TRUSTEE CORRESPONDENCE

| | | | | |
|---|---|---|---|---|
| | Letter to creditor advising of filing and to | | | |

5

| DATE(S) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | cease and cancel all collection activities? | | | |
| | Letter to Sheriff and Mortgagee to cancel Sheriff's sale (fax, mail and call) | | | |
| 4/16/19 | Preparation and submission of Certification of Compliance Sec. 1325 (a)(8) | 5 | | 10 |
| | | | | |
| **CREDITOR INQUIRES** | | | | |
| | | | | |
| | | | | |
| **LOSS MITIGATION** | | | | |
| | Prepare and file request for loss mitigation; services upon parties | | | |
| | Service of loss mitigation order | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **MISCELLANEOUS** | | | | |
| | Register for credit counseling | | | |
| | Order and Review IRS Transcripts | | | |
| 10/26/18 10/19/18 4/16/19 | Scan & redact documents including tax returns and email tax returns to trustee and appraisal ; CHECK TRUSTEE WEBSITE | | | 30 |
| (E) | Prepare & file Pre-discharge Certification & completion of Debtor Education Certification | 10 | | 35 |
| 4/14/14 | P/C TO IRS | | | 15 |
| 12/27/18 | ADJ REQUEST TO RESOLVE TRUSTEE OBJECTION | | | 10 |
| | | | | |

| DATE(S) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | Monitor Sheriff's sale\45 day requirement | | | |
| 10/24/18 | Order & review judgment/mortgage search | 10 | | 10 |
| 5/30/19 5/31/19 | Preparation of fee application, affidavit of service, file and claim review | 60 | | 15 |
| | Review internet payment history | | | |
| | Review PACER/prior filing | | | |
| 3/6/19 4/17/19 | Diary deadline date/monitor 45 day requirement and review docket text | | | 10 |
| 3/13/14 10/15/18 | Order and review credit report | 10 10 | | 10 10 |
| | | | | |

### MOTION TO VACATE STAY

| | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | Receipt and review motion to vacate stay | | | |
| | Letter to client regarding motion | | | |
| | Attempts to resolve\discussions with adversary | | | |
| | Review and Submit Order | | | |
| | Court Appearance | | | |
| | Discussions w/client | | | |
| | Disposition letter | | | |

### TRUSTEE MOTION TO DISMISS

| | | | | |
|---|---|---|---|---|
| | Receipt and review motion to dismiss | | | |
| | Letter to client | | | |
| | Court appearance | | | |

### CREDITOR MOTIONS

| | | | | |
|---|---|---|---|---|
| | Receipt and review | | | |

7

| DATE(S) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| | Letter to client | | | |
| | Court appearance | | | |
| | Attempts to resolve | | | |
| | Review Order | | | |
| | Response to motion\research | | | |
| **DEBTOR(S) MOTIONS** | | | | |
| 4/17/19<br>3/5/19<br>10/17/18 | Preparation and filing of stripoff motion via Court rule; certificate of service - IRS, JUDGMENT LIEN CREDITORS | ~~20~~ | | ~~60~~<br>45 |
| | | | | |
| | | | | |
| | Court appearance | | | |
| | Service of motion and order | | | |
| | Preparation and filing of motion objecting to claim | | | |
| | Service of motion and order | | | |
| | Review response of mortgagee | | | |
| | | | | |
| | Court appearance(s) | | | |
| | Preparation and filing of motion to | | | |
| | Service of motion and order | | | |
| | Court appearance(s) | | | |
| | Letter to client re: motion | | | |
| | Review motion prior to Court | | | |
| | | | | |

Total Time Spent (MG)(DB) _1025_

_1025_ Divided by 60 minutes equals

_17.08_ Hours time $400.00 per hour =        $ _6832.00_

Total Time Spent (Assoc) _60_

_60_ Divided by 60 minutes equals

_1_ Hours time $375.00 per hour =        $ _375.00_

Total Time Spent (PL) _495_

_495_ Divided by 60 minutes equals

_8.25_ Hours time $175.00 per hour =        $ _1443.75_

   Subtotal . . . .        $ _8650.75_

Costs

   Filing Fee . . . . . . . . . .        $ _310_

   Credit Reports        $ _35_

   Other: Pacer, Copy & Postage Other        $ _126.85_

   Entry into loss mitigation        $ _7.00_

   Judgment search /MORTG SEARCHES        $ _51.00_
   OUTSIDE COUNSEL (4 APPEARANCES)
   Deed search        $ _200_

   Subtotal        $ _729.85_

   TOTAL AMOUNT DUE        $ _9380.60_

(E) Denotes Estimated
(MG) Mark Goldman, Esq.
(DB) David G. Beslow, Esq.
(ASSO) Associate
(PL) Paralegal

  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for false swearing.

                 _____
                 MARK GOLDMAN, ESQ.