Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–30573–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kollette Lynn Taylor
   126 Hidden Trail
   North Plainfield, NJ 07060

Social Security No.:
   xxx–xx–2800

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      8/7/19
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
fee: $7535.60,

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 28, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-30573-CMG
Kollette Lynn Taylor                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Jul 01, 2019
                              Form ID: 137             Total Noticed: 177

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
```
db              +Kollette Lynn Taylor,    126 Hidden Trail,    North Plainfield, NJ 07060-3924
517815958       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517815975        Avenue,    c/o JH Portfolios,    5757 Phanpon Drive,    Suite 225,    Hazelwood, MO 63042
517815976       +Barclays,    c/o Philips & Cohan,    1002 Justison Street,    Wilmington, DE 19801-5148
517815978       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517815977       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517816007      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
517815989       +Capital One Bank,    c/o Hayt, Hayt & Landau, LLC,    Meridian Center 1,
                 Two Industrial Way West PO Box 500,    Eatontown, NJ 07724-0500
517815988       +Capital One Bank,    323 W. Lakeside Avenue,    #200,    Cleveland, OH 44113-1009
517815990       +Capital One Bank c/o,    Hayt Hayt & Landau,    2 Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
517916223        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517815993       +Citgo Card,    P.O. Box 6401,    Sioux Falls, SD 57117-6401
517815992       +Citgo c/o,    Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517816009       +Credit One,    c/o Pressler Felt & Warshsaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517816021       +Dsnb Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
517816020        Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
517816022        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517816023       +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517816025       +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517816024       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517816035      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court: First Savings Credit Card,     500 East 60th St North,
                 Sioux Falls, SD 57104)
517816027       +Financial Recoveries,    200 East Park Driv,    Mount Laurel, NJ 08054-1297
517816026       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517816031       +First Nataional Bank/Legacy,    500 East 60th St North,    Sioux Falls, SD 57104-0478
517816030       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
517816033       +First Saving Bank / Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108-2253
517816032       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517816034       +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
                 Sioux Falls, SD 57117-5019
517816037       +Genesis Financial Solutions,    8705 Sw Nimbus Ave Ste 3,    Beaverton, OR 97008-4000
517816040       +Gettington,    c/o Faloni & Associates,    165 Passaic Avenue,    Ste. 301B,
                 Fairfield, NJ 07004-3592
517816041       +Gettington c/o,    Faloni & Associates,    PO Box 1285,    Caldwell, NJ 07007-1285
517816043       +HSBC Auto Finance / Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
517816042       +HSBC Auto Finance / Santander,    Santander Consumer USA,    Po Box 961245,
                 Fort Worth, TX 76161-0244
517816046        HSN,    P.O. Box 9090,    Clearwater, FL 33758-9090
517816047       +HSN,    c/o Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517816044       +Hsbc Bank,    95 Washington Street,    Buffalo, NY 14203-3006
517816052       +Jn Portfolio Debt Equities, LLC,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517816050       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
517816055       +Kohl's,    c/o Altran Financial,    PO Box 610,    Sauk Rapids, MN 56379-0610
517816062       +LVNV Funding c/o,    Stenger & Stenger,    2618 East Paris Avenue SE,
                 Grand Rapids, MI 49546-2458
517816058       +Lane Bryant c/o,    Contract Callers Inc.,    PO Box 2207,    Augusta, GA 30903-2207
517816061       +Lord & Taylor,    c/o The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
517816072       +Matrix,    c/o Oilphant Financial,    1800 2nd Street,    Suite 603,    Sarasota, FL 34236-5990
517816074       +Merrick Bank,    c/o FBCS,    330 South Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
517816085       +Midland Funding c/o,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517816087       +Monterey County Bank,    Po Box 4499,    Beaverton, OR 97076-4499
517840510        NY State Dept of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY   12205-0300
517816114       +QVC,    c/o Pressler Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517816116        Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
517816118       +Rjm Acq Llc,    575 Underhill Blvd,    Syosset, NY 11791-3426
517816117       +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
517971220      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517816123       +Select Portfolio Servicing,    P.O. Box 65587,    Salt Lake City, UT 84165-0587
517816142       +State Of Nj Highed Ed,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
517816137       +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517816138       +State of New Jersey,    c/o Office of the Attorney General,    Hughes Justice Complex,
                 25 West Market Street CN-080,    Trenton, NJ 08611-2148
```

```
District/off: 0312-3          User: admin              Page 2 of 5                 Date Rcvd: Jul 01, 2019
                              Form ID: 137             Total Noticed: 177


517816139      State of New York,    Department of Taxation and Finance,    Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
517816141      State of New York,    Department of Taxation and Finance,    WA Harriman State Campus,
                 Albany, NY 12227-0001
517816140      State of New York,    Office of the Attorney General,    State Capital,    Albany, NY 12224
517827597     +Summit Medical Group,    C/O Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517816165     +TJX c/o,    Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517816159      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517816160     +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517816161     +Target,    c/o RFR Assets,    4510 West 77th Street,    Minneapolis, MN 55435-5505
517816162     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517816163     +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517816164     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
517816167     +Torrid,    c/o Pressler, Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517816168      TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517816169     +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
517936318     +U.S. Bank National Association, as trustee, on beh,    PO BOX 65250,
                 Salt Lake City, UT 84165-0250
517932018      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON WI 53708-8973
517816174     +US Deptartment of Education/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
517816172     +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
517816171     +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
517816177     +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517816176     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517816178     +Walmart c/o,    Convergent Outsourcing,    800 SW 39th Streett,    Suite 100,
                 Renton, WA 98057-4927
517816180     +Web Bank,    8405 Sw Nimbus Ave,    Beaverton, OR 97008-7185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517815974     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:14:43      Amazon,
                 c/o Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517883578     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:20
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517815981      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:13:52      Capital 1 Bank,
                 Po Box 85520,    Richmond, VA 23285
517815979     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:13:15      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815984     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:13:15      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
517815985     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:14:42      Capital One,
                 c/o Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
517815983     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:14:37      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815986     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 02 2019 01:13:25
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517815987     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 02 2019 01:13:25
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
517829168     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 02 2019 01:13:19
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517826330     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 02 2019 01:13:56
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517855574      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 01:14:37
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517815991     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14      Citifingerhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
517815995     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
517815994     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Avenue,
                 Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517815997     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517815996     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
517815998     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Lane Bryant,
                 Po Box 182789,    Columbus, OH 43218-2789
517816003     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Torrid,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517816004     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:21      Comenity Bank/Torrid,
                 Po Box 182789,    Columbus, OH 43218-2789
517816000     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:22      Comenity Bank/lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
```

```
District/off: 0312-3              User: admin                 Page 3 of 5                   Date Rcvd: Jul 01, 2019
                                  Form ID: 137                Total Noticed: 177


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517816001      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:22     Comenity Bank/roamans,
                 Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
517816002      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:22     Comenity Bank/roamans,
                 Po Box 182789,    Columbus, OH 43218-2789
517816005       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:22     Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,   Columbus, OH 43218
517816006      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:22     Comenity Capital Bank/HSN,
                 Po Box 182120,    Columbus, OH 43218-2120
517816011      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 02 2019 01:13:23      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,    Las Vegas, NV 89193-8873
517816010      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 02 2019 01:13:23      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517816013      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 02 2019 01:13:58      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517816018      +E-mail/Text: deptbankruptcy@deltacommunitycu.com Jul 02 2019 01:09:14     Delta Ccu,
                 1025 Viriginia Ave,   Atlanta, GA 30354-1319
517816016      +E-mail/Text: deptbankruptcy@deltacommunitycu.com Jul 02 2019 01:09:14     Delta Ccu,
                 Attention: Bankruptcy Department,   Po Box 20541,    Atlanta, GA 30320-2541
517816028      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14     Fingerhut,
                 Attn: Bankruptcy,   Po Box 1250,    Saint Cloud, MN 56395-1250
517816029      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14     Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
517816036      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 02 2019 01:10:51
                 Genesis Financial Solutions,    Attn: Bankruptcy,    Po Box 4865,   Beaverton, OR 97076-4865
517816039      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14     Gettington,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
517816038      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14     Gettington,
                 P.O. Box 1500,    Saint Cloud, MN 56395-1500
517816045      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:23     HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
517816048       E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 01:08:59     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517816049      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:20      JC Penny,
                 c/o Portfolio Recovery,    120 Corporate Blvd.,   Suite 100,    Norfolk, VA 23502-4952
517816054       E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:43     Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
517816056      +E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:43     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,    Milwaukee, WI 53201-3120
517816057      +E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:43     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517931600       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:13:25      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517889397       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:14:07      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517816063      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:14:52
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517816065      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:13:25
                 LVNV Funding/Resurgent Capital,   Po Box 1269,    Greenville, SC 29602-1269
517816059      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:23     Lane Bryant Retail/soa,
                 450 Winks Ln,    Bensalem, PA 19020-5932
517816060       E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05     Lord & Taylor,    P.O. Box 960035,
                 Orlando, FL 32896-0035
517859364       E-mail/Text: bkr@cardworks.com Jul 02 2019 01:07:53     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
517816068      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 02 2019 01:10:51     Mabt - Genesis Retail,
                 Po Box 4499,    Beaverton, OR 97076-4499
517816067      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 02 2019 01:10:51     Mabt - Genesis Retail,
                 Bankcard Services,   Po Box 4477,    Beaverton, OR 97076-4401
517816071      +E-mail/Text: legal@arsnational.com Jul 02 2019 01:09:15     Macy's,    c/o ARS,
                 201 West Grand Avenue,   Escondido, CA 92025-2603
517816075      +E-mail/Text: bkr@cardworks.com Jul 02 2019 01:07:53     Merrick Bank/CardWorks,
                 Attn: Bankruptcy,   Po Box 9201,    Old Bethpage, NY 11804-9001
517816076      +E-mail/Text: bkr@cardworks.com Jul 02 2019 01:07:53     Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517816077      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 02 2019 01:09:39     Midland Funding,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517874836      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 02 2019 01:09:39     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517816086      +E-mail/Text: pattie@montereycountybank.com Jul 02 2019 01:10:12     Monterey County Bank,
                 601 Munras Ave,    Monterey, CA 93940-3107
517816109       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:57
                 Portfolio Recovery,   120 Corporate Blvd Ste 100,    Norfolk, VA 23502
517936359       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:57
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517929720       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:14:47
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3           User: admin                 Page 4 of 5                  Date Rcvd: Jul 01, 2019
                               Form ID: 137                Total Noticed: 177


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517937133      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:19
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517929714      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:57
                 Portfolio Recovery Associates, LLC,    c/o Citgo,    POB 41067,    Norfolk VA 23541
517929711      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:14:43
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
517929715      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:14:43
                 Portfolio Recovery Associates, LLC,    c/o Tjx,    POB 41067,    Norfolk VA 23541
517816088     +E-mail/Text: recovery@paypal.com Jul 02 2019 01:07:59      Paypal,    2211 N. First Street,
                 San Jose, CA 95131-2021
517816089     +E-mail/PDF: clerical@simmassociates.com Jul 02 2019 01:13:17       Paypal,    c/o Simm Associates,
                 800 Pencader Drive,    Newark, DE 19702-3354
517816097     +E-mail/Text: Bankruptcy@pinnaclefcu.com Jul 02 2019 01:09:14       Pinnacle Fed Cr Un,
                 135 Raritan Center,    Edison, NJ 08837-3645
517816090     +E-mail/Text: Bankruptcy@pinnaclefcu.com Jul 02 2019 01:09:14       Pinnacle Fed Cr Un,
                 135 Raritan Center Pkwy,    Edison, NJ 08837-3645
517816104     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:13:20
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517861928      E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2019 01:09:34
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,     PO Box 788,
                 Kirkland, WA 98083-0788
517921396     +E-mail/Text: bncmail@w-legal.com Jul 02 2019 01:09:51      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,     Seattle, WA 98121-3132
517816120     +E-mail/Text: bankruptcy@savit.com Jul 02 2019 01:10:29      SaVit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
517816119     +E-mail/Text: bankruptcy@savit.com Jul 02 2019 01:10:29      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517816121     +E-mail/Text: jennifer.chacon@spservicing.com Jul 02 2019 01:10:50
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
517816132     +E-mail/Text: clientservices@simonsagency.com Jul 02 2019 01:10:20       Simons Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517816127     +E-mail/Text: clientservices@simonsagency.com Jul 02 2019 01:10:20       Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517816143     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:04       Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517816144     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Syncb Bank/American Eagle,
                 Po Box 965005,    Orlando, FL 32896-5005
517816146     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Syncb/citgo,    C/o Po Box 965004,
                 Orlando, FL 32896-0001
517816145     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:14:28      Syncb/citgo,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517818567     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517816147     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517816148     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517816151     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
517816149     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517816153     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Synchrony Bank/QVC,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517816154     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Synchrony Bank/QVC,
                 Po Box 965018,    Orlando, FL 32896-5018
517816155     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:05      Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517816156     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Synchrony Bank/TJX,
                 Po Box 965015,    Orlando, FL 32896-5015
517816157     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:07      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517816158     +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 01:13:44      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
517919749     +E-mail/Text: bncmail@w-legal.com Jul 02 2019 01:09:51      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
517816166     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 01:09:20       Torrid,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517816170     +E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Ste. 700,     Newark, NJ 07102-2527
517816179     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14       Web Bank,
                 215 S State St Ste 800,    Salt Lake City, UT 84111-2339
517816182     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14       Webbank/Gettington,
                 Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517816183     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 02 2019 01:10:14       Webbank/Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 98
```

```
District/off: 0312-3          User: admin              Page 5 of 5              Date Rcvd: Jul 01, 2019
                              Form ID: 137             Total Noticed: 177


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517816115         Raritan Bay Fed Cr Un
517816069*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
517816073*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Matrix,    P.O. Box 8099,    Newark, DE 19714)
517816008*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,    Pob 8099,    Newark, DE 19714)
517816126*       +Select Portfolio Servicing, Inc.,    3815 South West Temple Street,
                   Salt Lake City, UT 84115-4412
517815972       ##+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
517815973       ##+ACB Receivables Management,    19 Main St,    Asbury Park, NJ 07712-7012
517815950       ##+Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
517815965       ##+Aaron's Sales & Lease,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
517816124       ##+Select Portfolio Servicing,    3815 South West Temple St,    Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 1, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David G. Beslow    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates,
               Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through
               Certificates, Series 2007-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Mark   Goldman    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```