GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s)

| In Re:<br><br>KOLLETTE LYNN TAYLOR<br><br>Debtor (s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO: 18-30573/CMG<br><br>CERTIFICATION OF SERVICES<br>FROM: 02/24/14<br>TO:    06/18/19<br><br>DATE MATTER HEARD: |
|---|---|

MARK GOLDMAN, ESQ. & DAVID G BESLOW, hereby certifies that:

1. I am the attorney representing the debtor(s) in this matter.

2. **Narrative Summary of Case**: This Chapter 13 case was filed to stop a foreclosure action and to address tax obligations. Multiple strategic consultations were accordingly held with the Debtor to prepare for the signing of the petition, schedules and plan. All documents were prepared by counsel in a timely fashion and filed with the Court. There was substantially more work done on this case than normal because the Debtor hired our firm in 2014 and over the course of time her circumstances changed multiple times and required additional reviews and substantially more work on the file than usual. There were additional complexities involving a previous 2011 bankruptcy filing handled by different counsel, and issues involving debts owed to the State of New York Division of Taxation. After this most recent case was filed, there were issues relating to estimated tax claims that took substantial amounts of time to resolve because of a dispute as to what years of returns had actually been filed by the Debtor. These issues have now been resolved and the Debtor is ready to move forward with confirmation. The Debtor has proposed and is ready to confirm a case that will cure what is owed to the mortgage company in full over the life of her case, while catching up with what is owed to the tax authorities. The Debtor is cramming down secured tax debt while paying off any priority obligations in full. The Debtor is also cramming down a car loan to the value of the vehicle. The Debtor has benefited substantially by the work in this case as the filing created an automatic stay, stopping the foreclosure, and has allowed her to catch up with all her debts. The Debtor is voiding liens against her property, and is catching up with tax obligations. The creditors have benefited substantially from this case as they would receive more money than had the Debtor filed a Chapter 7 case.

3. The **attorneys and/or paralegals employed on this matter are/were**: Mark Goldman, Esq., David G. Beslow, Esq., Clifford B. Frish, Virginia Jackson, Yamis Rodriguez and Melanie Emmanuele, they are identified respectively in the following

3

4. Time has been recorded in increments of 1/10th of an hour as set forth below. In sum, the following amounts of time have been spent on behalf of the debtor(s) in reference to this matter on the dates specified:

| Date(s) | | MG/DB | ASSOC. | PL |
|---|---|---|---|---|
| **OFFICE CONSULTATIONS** | | | | |
| 02/24/14 | Initial consultation with client | n/c | | |
| 03/11/14 03/13/14 | Complete and review worksheets with client | | CF 1.0 | |
| | Preparation and filing of application for extension of time to file plan with certificate of service | | | |
| 04/30/15 | Consultation with client | MG 1.0 | | |
| 07/26/16 | Consultation with client | MG .7 | | |
| | Consultation with client | | | |
| | Consultation with client | | | |
| **REVIEW SCHEDULES, PETITION AND PLAN** | | | | |
| 04/18/14 10/02/18 | Review and execute schedules and plan; preparation of second draft of schedules and plan | MG 1.0 MG 1.5 | | |
| 10/15/18 | Preparation and filing of petition and review worksheets | MG 2.3 | | |
| | Preparation of income contribution Certification | | | |
| | Final attorney review of completed schedules and plan | | | |
| **REVISION AND/OR MODIFICATION OF PLAN AND/OR SCHEDULES** | | | | |
| 04/16/19 03/04/19 | Prepare and file second modified chapter 13 plan; prepare and file amended schedule I & J and service | MG 1.2 | | ME .5 |
| 06/22/19 | Prepare and file third modified plan and service | MG .5 | | ME .5 |
| **COURT APPEARANCE/FILE REVIEW** | | | | |
| 11/29/18 | 341 Hearing pre & post 341 file review and paralegal preparation; appearance by | MG .3 | | VJ .3 |

4

| | | | | |
|---|---|---|---|---|
| | outside counsel Adjourned Hearing | | | |
| 03/18/19 04/12/19 06/30/19 | Pre-Confirmation file review | MG .5 | | |
| 04/17/19 03/06/19 07/03/19 06/05/19 | Attendance at Confirmation hearing appearance by outside counsel | | | |
| 11/30/18 | File Review | MG .3 | | |
| **DOCUMENT REVIEW** | | | | |
| | Mortgagee proof of claim – | | | |
| | Mortgagee proof of claim- | | | |
| 12/17/18 11/01/18 04/16/18 06/18/18 | Proof of Claim – IRS; submit returns 2013, 2016, & 2017 phone call to IRS | MG .2 | | VJ .3 |
| 01/16/19 04/16/19 04/17/19 04/09/19 06/18/18 | Proof of Claim – review amended NJ proof of claim; submit W-2's to NJ and returns; phone call from State | MG .2 | | YR 1.0 |
| (E) | Proof of Claim – review amended proof of claim NJ and IRS from mortgagee | MG .3 | | |
| 10/31/18 | Request from IRS | MG .2 | | |
| 05/03/16 | Review Interim Order regarding confirmation | MG .2 | | |
| (E) | Review Trustee proposed distribution | MG .2 | | |
| (E) | Review Confirmation Order | MG .1 | | |
| 05/30/19 05/11/19 03/26/19 04/11/19 02/27/19 06/17/19 03/04/19 01/07/19 | Review Mortgagee objection to confirmation | MG .7 | | |
| 10/19/18 | Review auto lender objection capital one and resolution | MG .3 | | |
| (E) | Review Trustee Annual Reports | MG .2 | | |
| (E) | Review Notice of Mortgage Payment | MG .2 | | |
| | Review Trustee objection to confirmation | | | |

5

| | TELECONFERENCES REVIEW OF FAXES AND/OR CORRESPONDENCE FROM CLIENT | | | |
|---|---|---|---|---|
| 05/13/14<br>04/25/14<br>03/07/14 | Phone call to client | MG<br>.2 | | VJ<br>.3 |
| 11/20/18<br>12/09/18<br>07/18/16<br>06/29/16 | Phone call from client; left message for client | MG<br>.9 | | VJ<br>.2 |
| 07/20/16 | Phone call to client | MG<br>.2 | | |
| 03/07/14<br>04/17/19<br>05/31/19 | Return call to client<br>Phone call to client | MG<br>.2 | | VJ<br>.3 |
| 09/27/18<br>09/06/18<br>06/30/16<br>04/20/15 | Phone call from client<br>Phone call from client<br>Phone call to client | MG<br>.5 | | VJ<br>.2 |
| 10/11/18<br>11/20/18<br>10/17/18 | Phone call from client<br>Phone call to client<br>Phone call from client | MG<br>.2 | | ME<br>.3 |
| | CORRESPONDENCE TO CLIENT | | | |
| | File opening letter/Opening of file | | | |
| | Advising of Status – 15 day letter | | | |
| | To schedule appointment to execute schedules and plan | | | |
| 10/17/18 | Chapter 13 instructional letter | MG<br>.2 | | |
| | Regarding 341 hearing | | | |
| 05/31/19<br>12/20/19<br>03/08/19 | Regarding confirmation hearing and deficiencies | MG<br>.7 | | |
| | Outcome to Confirmation w/order(2) | MG<br>.2 | | |
| 10/17/18 | Debtor education course requirement | MG<br>.2 | | |
| | CREDITOR/TRUSTEE CORRESPONDENCE | | | |
| | Letter to creditor advising of filing and to cease and cancel all collection activities. | | | |
| | Letter to Sheriff and Mortgagee to cancel Sheriff's sale (fax, mail and call) | | | |
| 04/16/19 | Preparation and submission of Certification of Compliance Sec. 1325 (a)(8) | MG<br>.1 | | VJ<br>.2 |

# CREDITOR INQUIRES

|  |  |  |  |  |
|---|---|---|---|---|
|  | **LOSS MITIGATION** | | | |
|  | Prepare and file request for loss mitigation; services upon parties |  |  |  |
|  | Service of loss mitigation order |  |  |  |
|  | **MISCELLANEOUS** | | | |
|  | Register for credit counseling |  |  |  |
|  | Order and Review IRS Transcripts |  |  |  |
| 10/26/18 10/19/18 04/06/19 | Scan & redact documents including tax returns and email tax returns to trustee and appraisal; check Trustee website |  |  | ME .5 |
| (E) | Prepare & file Pre-discharge Certification & completion of Debtor Education Certification | MG .2 |  | VJ .6 |
| 04/14/14 | Phone call to IRS |  |  | ME .3 |
| 12/27/18 | Adjournment request to resolve Trustee objection |  |  | YR .2 |
|  | Monitor Sheriff's sale\45 day-requirement |  |  |  |
| 10/26/18 | Order & review judgment/mortgage search | MG .2 |  | ME .2 |
| 05/30/19 05/31/19 | Preparation of fee application, affidavit of service, file and claim review | MG 1.0 |  | YR .3 |
|  | Review internet payment history |  |  |  |
|  | Review PACER/prior filing |  |  |  |
| 06/03/19 04/17/19 | Diary deadline date/monitor 45 day requirement and review docket text |  |  | YR .2 |
| 03/03/14 10/15/18 | Order and review credit report | MG .3 |  | ME .3 |
|  | **MOTION TO VACATE STAY** | | | |
|  | Receipt and review motion to vacate stay |  |  |  |
|  | Letter to client regarding motion |  |  |  |
|  | Attempts to resolve\discussions with |  |  |  |

| | | | | |
|---|---|---|---|---|
| | adversary | | | |
| | Review and Submit Order | | | |
| | Court Appearance | | | |
| | Discussions w/client | | | |
| | Disposition letter | | | |
| **TRUSTEE MOTION TO DISMISS** | | | | |
| | Receipt and review motion to dismiss | | | |
| | Letter to client | | | |
| | Court appearance | | | |
| **CREDITOR MOTIONS** | | | | |
| | Receipt and review | | | |
| | Letter to client | | | |
| | Court appearance | | | |
| | Attempts to resolve | | | |
| | Review Order | | | |
| | Response to motion\research | | | |
| **DEBTOR(S) MOTIONS** | | | | |
| 04/17/19 03/05/19 10/17/18 | Preparation and filing of stripoff motion via Court rule; certificate of service – IRS, judgment & lien creditors | MG .3 | | YR 1.0 ME .8 |
| | Court appearance | | | |
| | Service of motion and order | | | |
| | Preparation and filing of motion objecting to claim | | | |
| | Service of motion and order | | | |
| | Review response of mortgagee | | | |
| | Court appearance(s) | | | |

8

|  | Preparation and filing of motion to |  |  |  |
|---|---|---|---|---|
|  | Service of motion and order |  |  |  |
|  | Court appearance(s) |  |  |  |
|  | Letter to client re: motion |  |  |  |
|  | Review motion prior to Court |  |  |  |

Total Time Spent (MG)(DB) __1062__

__1062__ Divided by 60 minutes equals

__17.70__ Hours time $400.00 per hour =          $ __7,080.00__

Total Time Spent (Assoc) __60__

__60__ Divided by 60 minutes equals

__1.0__ Hours time $375.00 per hour =            $ __375.00__

Total Time Spent (PL) __510__

__510__ Divided by 60 minutes equals

__8.50__ Hours time $175.00 per hour =           $ __1,487.50__

|        | Subtotal . . . .                           | $ __8,942.50__ |
|--------|--------------------------------------------|----------------|
| Costs  | Filing Fee . . . . . . . . . .            | $ __310.00__   |
|        | Credit Reports                             | $ __35.00__    |
|        | Other: Pacer, Copy & Postage Other         | $ __133.85__   |
|        | Entry into loss mitigation                 | $ _____     |
|        | Judgment search/mortgage searches          | $ __51.00__    |
|        | Outside counsel (4 appearances)            | $ __200.00__   |
|        | Deed search                                | $ _____     |
|        | Subtotal                                   | $ __729.85__   |

                TOTAL AMOUNT DUE          $ __9,672.35__
                          *GOOD WILL REDUCTION $ __291.75__
                                                     $ 9,380.60

(E) Denotes Estimated
(MG) Mark Goldman, Esq.
(DB) David G. Beslow, Esq.
(ASSO) Associate
(PL) Paralegal

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for false swearing.

_____          _____
MARK GOLDMAN, ESQ.                  DAVID G. BESLOW, ESQ.

11