| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-30573 / CMG**

Kollette Lynn Taylor

Petition Filed Date: 10/16/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $675.00 | 55304080 | 02/19/2019 | $675.00 | 56305270 | 03/18/2019 | $675.00 | 57092610 |
| 04/15/2019 | $675.00 | 57813800 | 05/31/2019 | $675.00 | 58987640 | 06/19/2019 | $675.00 | 59506470 |
| 07/08/2019 | $1,075.00 | 59930450 | 08/07/2019 | $1,075.00 | 60764870 | 10/02/2019 | $680.00 | 62198750 |
| 10/25/2019 | $1,280.00 | 62780650 | 12/09/2019 | $1,280.00 | 63906750 | 12/30/2019 | $680.00 | 64327230 |

**Total Receipts for the Period: $10,120.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,435.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kollette Lynn Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID G BESLOW, ESQ<br>»» ORDER 8/8/19 | Attorney Fees | $7,535.60 | $7,535.60 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2010 GMC ACADIA/CRAM/ORDER 3/26/19 | Debt Secured by Vehicle | $8,921.67 | $523.06 | $8,398.61 |
| 2 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $1,313.00 | $0.00 | $1,313.00 |
| 3 | NEW YORK STATE<br>»» 2000-2003 | Unsecured Creditors | $41,588.23 | $0.00 | $41,588.23 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2001 TAX PERIOD/CRAM | Secured Creditors | $4,530.00 | $265.58 | $4,264.42 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIODS | Priority Crediors | $2,178.16 | $0.00 | $2,178.16 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2001;2003-2006 | Unsecured Creditors | $20,783.10 | $0.00 | $20,783.10 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,112.35 | $0.00 | $2,112.35 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,282.45 | $0.00 | $1,282.45 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LANE BRYANT | Unsecured Creditors | $1,059.22 | $0.00 | $1,059.22 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»» QCARD/DJ096323-18 | Unsecured Creditors | $1,018.68 | $0.00 | $1,018.68 |
| 11 | MIDLAND CREDIT  AS AGENT FOR | Unsecured Creditors | $465.77 | $0.00 | $465.77 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»» TORRID/DJ-077236-18 | Unsecured Creditors | $1,655.25 | $0.00 | $1,655.25 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»» HSN/DC-000642-18/LIEN VOID | Unsecured Creditors | $1,757.00 | $0.00 | $1,757.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $442.09 | $0.00 | $442.09 |
| 15 | LVNV FUNDING LLC<br>»»  DC-003128-17/LIEN VOID | Unsecured Creditors | $2,008.27 | $0.00 | $2,008.27 |
| 16 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $538.40 | $0.00 | $538.40 |
| 17 | TD BANK USA NA | Unsecured Creditors | $1,215.35 | $0.00 | $1,215.35 |
| 18 | SYNCHRONY BANK | Unsecured Creditors | $1,341.29 | $0.00 | $1,341.29 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JCP | Unsecured Creditors | $1,167.98 | $0.00 | $1,167.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITGO | Unsecured Creditors | $373.00 | $0.00 | $373.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TJX | Unsecured Creditors | $415.00 | $0.00 | $415.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $1,075.00 | $0.00 | $1,075.00 |
| 23 | LVNV FUNDING LLC<br>»»  SANTANDER CONSUMER | Unsecured Creditors | $1,328.04 | $0.00 | $1,328.04 |
| 24 | US Department of Education<br>»»  STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 25 | US Department of Education<br>»»  STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 26 | US BANK NATIONAL ASSOCIATION<br>»»  P/126 HIDDEN TRL/1ST MTG | Mortgage Arrears | $41,032.86 | $2,405.64 | $38,627.22 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,083.33 | $0.00 | $1,083.33 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYCARD | Unsecured Creditors | $1,718.89 | $0.00 | $1,718.89 |
| 29 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008;2010-2011;2013 | Priority Crediors | $5,748.19 | $0.00 | $5,748.19 |
| 30 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008-2014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | Pinnacle Fed Cr Un<br>»»  P/126 HIDDEN TRAIL/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,435.00 | Plan Balance: | $62,283.00 ** |
| Paid to Claims: | $10,729.88 | Current Monthly Payment: | $1,280.00 |
| Paid to Trustee: | $1,025.60 | Arrearages: | $0.00 |
| Funds on Hand: | $3,679.52 | Total Plan Base: | $77,718.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.