UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, National Association, et al.

In Re:

Kollette Lynn Taylor,

Debtor.

Case No.:      18-30573-CMG

Chapter:            13

Hearing Date:      11/18/2020

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief (Docket # 61)

_____

Date: 11/12/2020                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*