| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-30573 / CMG**

Kollette Lynn Taylor

Petition Filed Date: 10/16/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $640.00 | 64908420 | 01/27/2020 | $1,280.00 | 65081950 | 01/31/2020 | $765.00 | 65210660 |
| 02/05/2020 | $1,280.00 | 65409160 | 03/02/2020 | $1,280.00 | 66075610 | 04/02/2020 | $1,280.00 | 66827620 |
| 05/04/2020 | $1,280.00 | 67663160 | 06/02/2020 | $1,280.00 | 68356600 | 07/02/2020 | $1,280.00 | 69128270 |
| 08/03/2020 | $1,280.00 | 69863080 | 09/03/2020 | $1,280.00 | 70608340 | 10/05/2020 | $1,280.00 | 71344250 |
| 11/04/2020 | $1,390.00 | 72102050 | 12/14/2020 | $1,390.00 | 73056250 | 01/15/2021 | $1,390.00 | 73809350 |
| 02/02/2021 | $1,390.00 | 74272020 | | | | | | |

**Total Receipts for the Period: $19,765.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,235.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kollette Lynn Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID G BESLOW, ESQ<br>»» ORDER 8/8/19 | Attorney Fees | $7,535.60 | $7,535.60 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2010 GMC ACADIA/CRAM ORDER 3/26/19 | Debt Secured by Vehicle | $8,921.67 | $3,057.20 | $5,864.47 |
| 2 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $1,313.00 | $0.00 | $1,313.00 |
| 3 | NEW YORK STATE<br>»» 2000-2003 | Unsecured Creditors | $41,588.23 | $0.00 | $41,588.23 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2001 TAX PERIOD/CRAM | Secured Creditors | $5,036.40 | $1,668.03 | $3,368.37 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIODS | Priority Crediors | $2,178.16 | $0.00 | $2,178.16 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2001;2003-2006 | Unsecured Creditors | $20,783.10 | $0.00 | $20,783.10 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,112.35 | $0.00 | $2,112.35 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,282.45 | $0.00 | $1,282.45 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LANE BRYANT | Unsecured Creditors | $1,059.22 | $0.00 | $1,059.22 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»» QCARD/DJ-096323-18 | Unsecured Creditors | $1,018.68 | $0.00 | $1,018.68 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»» DC-003172-17 | Unsecured Creditors | $465.77 | $0.00 | $465.77 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»» TORRID/DJ-077236-18 | Unsecured Creditors | $1,655.25 | $0.00 | $1,655.25 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT AS AGENT FOR<br>»» HSN/DC-000642-18/LIEN VOID | Unsecured Creditors | $1,757.00 | $0.00 | $1,757.00 |
| 14 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE | Unsecured Creditors | $442.09 | $0.00 | $442.09 |
| 15 | LVNV FUNDING LLC<br>»» CREDIT ONE/DC-003128-17/LIEN VOID | Unsecured Creditors | $2,008.27 | $0.00 | $2,008.27 |
| 16 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $538.40 | $0.00 | $538.40 |
| 17 | TD BANK USA NA | Unsecured Creditors | $1,215.35 | $0.00 | $1,215.35 |
| 18 | SYNCHRONY BANK | Unsecured Creditors | $1,341.29 | $0.00 | $1,341.29 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JC PENNEY | Unsecured Creditors | $1,167.98 | $0.00 | $1,167.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITGO | Unsecured Creditors | $373.00 | $0.00 | $373.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $415.00 | $0.00 | $415.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $1,075.00 | $0.00 | $1,075.00 |
| 23 | LVNV FUNDING LLC<br>»» SANTANDER CONSUMER | Unsecured Creditors | $1,328.04 | $0.00 | $1,328.04 |
| 24 | US Department of Education<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 25 | US Department of Education<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 26 | US BANK NATIONAL ASSOCIATION<br>»» P/126 HIDDEN TRL/1ST MTG | Mortgage Arrears | $41,032.86 | $14,060.75 | $26,972.11 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,083.33 | $0.00 | $1,083.33 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYCARD | Unsecured Creditors | $1,718.89 | $0.00 | $1,718.89 |
| 29 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008;2010-2011;2013 | Priority Crediors | $5,748.19 | $0.00 | $5,748.19 |
| 30 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008-2014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | Pinnacle Fed Cr Un<br>»» P/126 HIDDEN TRAIL/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,235.00 | Plan Balance: | $47,046.00 ** |
| Paid to Claims: | $26,321.58 | Current Monthly Payment: | $1,280.00 |
| Paid to Trustee: | $2,303.00 | Arrearages: | ($440.00) |
| Funds on Hand: | $2,610.42 | Total Plan Base: | $78,281.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- **View your case information online for *FREE*!** Register today at www.ndc.org.

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.