| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), Kollette Lynn Taylor<br>David G. Beslow, Esq. #DGB-5300 |
| In re:<br><br>**KOLLETTE LYNN TAYLOR,**<br><br>Debtor |

**Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-30573

Chapter: 13

Hearing Date: July 6, 2022
              at 9:00 a.m.

Judge:   Hon. Christine M. Gravelle

## ORDER APPROVING DISTRIBUTION OF
## INSURANCE CLAIM PROCEEDS FROM TOTAL LOSS OF VEHICLE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page:        2
Debtor(s):   **Kollette Lynn Taylor**
Case No.:    **18-30573-CMG - Chapter 13**
Caption:     **Order Approving Distribution of Insurance Claim Proceeds from Total Loss of Vehicle**

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the payment of $3,360.55 to Capital One Auto Finance ("COAF") by insurer GEICO from the proceeds of the settlement of Claim #0290685940101080 is hereby approved, and it is further;

**ORDERED**, that payment of $3,774.30 to the Chapter 13 Trustee by insurer GEICO from the remaining proceeds of the settlement of Claim #0290685940101080 is hereby approved and shall be applied for the benefit of unsecured creditors; and it is further

**ORDERED**, that COAF will receive no further payment on Claim No. 1 from the Chapter 13 Trustee as such claim will be deemed fully paid and satisfied from the insurance claim proceeds; and it is further

**ORDERED**, the COAF shall release its lien on the 2010 GMC Acadia upon receipt of payment and provide title documents to GEICO, if requested.