| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s), Kollette Lynn Taylor<br>David G. Beslow, Esq. #DGB-5300 |
| In re:<br><br>**KOLLETTE LYNN TAYLOR,**<br><br>Debtor |

Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-30573

Chapter: 13

Hearing Date: July 6, 2022
              at 9:00 a.m.

Judge:  Hon. Christine M. Gravelle

## ORDER APPROVING DISTRIBUTION OF
## INSURANCE CLAIM PROCEEDS FROM TOTAL LOSS OF VEHICLE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 7, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page: 2
Debtor(s): Kollette Lynn Taylor
Case No.: 18-30573-CMG - Chapter 13
Caption: Order Approving Distribution of Insurance Claim Proceeds from Total Loss of Vehicle

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the payment of $3,360.55 to Capital One Auto Finance ("COAF") by insurer GEICO from the proceeds of the settlement of Claim #0290685940101080 is hereby approved, and it is further;

**ORDERED**, that payment of $3,774.30 to the Chapter 13 Trustee by insurer GEICO from the remaining proceeds of the settlement of Claim #0290685940101080 is hereby approved and shall be applied for the benefit of unsecured creditors; and it is further

**ORDERED**, that COAF will receive no further payment on Claim No. 1 from the Chapter 13 Trustee as such claim will be deemed fully paid and satisfied from the insurance claim proceeds; and it is further

**ORDERED**, the COAF shall release its lien on the 2010 GMC Acadia upon receipt of payment and provide title documents to GEICO, if requested.

United States Bankruptcy Court
District of New Jersey

In re:  
Kollette Lynn Taylor  
    Debtor

Case No. 18-30573-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 08, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kollette Lynn Taylor, 126 Hidden Trail, North Plainfield, NJ 07060-3924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
    docs@russotrustee.com

David G. Beslow  
    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org  
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon  
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz  
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Mark Goldman
    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
    on behalf of Trustee Albert Russo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9