| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-30573 / CMG**

Kollette Lynn Taylor

Petition Filed Date: 10/16/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $1,390.00 | 82413310 | 03/02/2022 | $1,390.00 | 83130870 | 03/24/2022 | $1,390.00 | 83589310 |
| 04/29/2022 | $1,390.00 | 84327560 | 05/03/2022 | $1,390.00 | 84450660 | 06/02/2022 | $1,390.00 | 85057640 |
| 07/15/2022 | $1,390.00 | 85900490 | 07/25/2022 | $3,774.30 | 234894620 | 09/02/2022 | $1,390.00 | 86830750 |
| 10/11/2022 | $1,390.00 | 87594030 | 12/01/2022 | $1,390.00 | 88563880 | 12/20/2022 | $1,390.00 | 88921020 |
| 12/30/2022 | $1,390.00 | 89081050 | 02/02/2023 | $1,390.00 | 89762390 | | | |

**Total Receipts for the Period: $21,844.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $66,979.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kollette Lynn Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David G. Beslow, Esq.<br>»» ORDER 8/8/19 | Attorney Fees | $7,535.60 | $7,535.60 | $0.00 |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 2010 GMC ACADIA/CRAM ORDER 3/26/19 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $5,561.12 | $5,561.12 | $0.00 |
| 2 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $1,313.00 | $0.00 | $1,313.00 |
| 3 | NEW YORK STATE<br>»» 2000-2003 | Unsecured Creditors | $41,588.23 | $0.00 | $41,588.23 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2001 TAX PERIOD/CRAM | Secured Creditors | $5,036.40 | $5,036.40 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015 TAX PERIODS | Priority Crediors | $2,178.16 | $389.30 | $1,788.86 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2001;2003-2006 | Unsecured Creditors | $20,783.10 | $0.00 | $20,783.10 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,112.35 | $0.00 | $2,112.35 |
| 8 | MERRICK BANK | Unsecured Creditors | $1,282.45 | $0.00 | $1,282.45 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» LANE BRYANT | Unsecured Creditors | $1,059.22 | $0.00 | $1,059.22 |
| 10 | MIDLAND CREDIT AS AGENT FOR<br>»» QCARD/DJ-096323-18 | Unsecured Creditors | $1,018.68 | $0.00 | $1,018.68 |
| 11 | MIDLAND CREDIT AS AGENT FOR<br>»» DC-003172-17 | Unsecured Creditors | $465.77 | $0.00 | $465.77 |
| 12 | MIDLAND CREDIT AS AGENT FOR<br>»» TORRID/DJ-077236-18 | Unsecured Creditors | $1,655.25 | $0.00 | $1,655.25 |

**Chapter 13 Case No. 18-30573 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»»  HSN/DC-000642-18/LIEN VOID | Unsecured Creditors | $1,757.00 | $0.00 | $1,757.00 |
| 14 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $442.09 | $0.00 | $442.09 |
| 15 | LVNV FUNDING LLC<br>»»  CREDIT ONE/DC-003128-17/LIEN VOID | Unsecured Creditors | $2,008.27 | $0.00 | $2,008.27 |
| 16 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $538.40 | $0.00 | $538.40 |
| 17 | TD BANK USA NA | Unsecured Creditors | $1,215.35 | $0.00 | $1,215.35 |
| 18 | SYNCHRONY BANK | Unsecured Creditors | $1,341.29 | $0.00 | $1,341.29 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $1,167.98 | $0.00 | $1,167.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITGO | Unsecured Creditors | $373.00 | $0.00 | $373.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TJX | Unsecured Creditors | $415.00 | $0.00 | $415.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $1,075.00 | $0.00 | $1,075.00 |
| 23 | LVNV FUNDING LLC<br>»»  SANTANDER CONSUMER | Unsecured Creditors | $1,328.04 | $0.00 | $1,328.04 |
| 24 | US Department of Education<br>»»  O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 25 | US Department of Education<br>»»  O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 26 | US BANK NATIONAL ASSOCIATION<br>»»  P/126 HIDDEN TRL/1ST MTG | Mortgage Arrears | $41,032.86 | $41,032.86 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,083.33 | $0.00 | $1,083.33 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYCARD | Unsecured Creditors | $1,718.89 | $0.00 | $1,718.89 |
| 29 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008;2010-2011;2013 | Priority Crediors | $5,748.19 | $1,027.35 | $4,720.84 |
| 30 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008-2014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | Pinnacle Fed Cr Un<br>»»  P/126 HIDDEN TRAIL/2ND MTG/CRAM TO $0 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-30573 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $66,979.30 | Plan Balance: | $11,301.70 ** |
| Paid to Claims: | $60,582.63 | Current Monthly Payment: | $1,280.00 |
| Paid to Trustee: | $5,106.75 | Arrearages: | ($410.00) |
| Funds on Hand: | $1,289.92 | Total Plan Base: | $78,281.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.