| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>Attorneys for Debtor(s), Kollette Lynn Taylor<br>Mark Goldman, Esq. #MG-8019 | Order Filed on May 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**KOLLETTE LYNN TAYLOR,**<br><br>**Debtor** | Case No. 18-30573<br><br>Chapter: 13<br><br>Hearing Date: May 3, 2023<br><br>Hon. Christine M. Gravelle |

### ORDER VOIDING AND CANCELLING JUDICIAL LIENS
### PURSUANT TO 11 U.S.C. §§522(f)(1) and (2)(A)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2023**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Page: 2
Debtor(s): Kollette Lynn Taylor
Case No.: 18-30573-CMG Chapter 13
Caption: Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the judicial lien held by Pinnacle Federal Credit Union pursuant to a judgment entered in the Superior Court of New Jersey, Middlesex County, Law Division, under Docket No. L-002580-10, Judgment No. J-334331-2010, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-005238-17, Judgment No. DJ-077236-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-000642-18, Judgment No. DJ-161462-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-005533-17, Judgment No. DJ-096323-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

**Page:** 3
**Debtor(s):** Kollette Lynn Taylor
**Case No.:** 18-30573-CMG Chapter 13
**Caption:** Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan

---

**ORDERED**, that, upon completion of the Chapter 13 plan, the Clerk of the Superior Court of New Jersey be and hereby is directed to remove the subject judgment liens as a matter of record; and it is further,

**ORDERED**, that a copy of this Order, certified by counsel to be a true copy, may be filed and recorded with the Clerk of the Superior Court of New Jersey and with the County Clerk(s).