| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>Attorneys for Debtor(s), Kollette Lynn Taylor<br>Mark Goldman, Esq. #MG-8019 | Order Filed on May 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**KOLLETTE LYNN TAYLOR,**<br><br>     **Debtor** | Case No. 18-30573<br><br>Chapter: 13<br><br>Hearing Date: May 3, 2023<br><br>Hon. Christine M. Gravelle |

**ORDER VOIDING AND CANCELLING JUDICIAL LIENS**
**PURSUANT TO 11 U.S.C. §§522(f)(1) and (2)(A)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2023**

                   */s/ Christine M. Gravelle*
                   Honorable Christine M. Gravelle
                   United States Bankruptcy Judge

Page: 2
Debtor(s): Kollette Lynn Taylor
Case No.: 18-30573-CMG Chapter 13
Caption: Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the judicial lien held by Pinnacle Federal Credit Union pursuant to a judgment entered in the Superior Court of New Jersey, Middlesex County, Law Division, under Docket No. L-002580-10, Judgment No. J-334331-2010, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-005238-17, Judgment No. DJ-077236-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-000642-18, Judgment No. DJ-161462-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

**ORDERED**, that the judicial lien held by Midland Funding LLC pursuant to a judgment entered in the Superior Court of New Jersey, Somerset County, Special Civil Part, under Docket No. DC-005533-17, Judgment No. DJ-096323-2018, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further

Page: 3
Debtor(s): Kollette Lynn Taylor
Case No.: 18-30573-CMG Chapter 13
Caption: Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan

---

**ORDERED**, that, upon completion of the Chapter 13 plan, the Clerk of the Superior Court of New Jersey be and hereby is directed to remove the subject judgment liens as a matter of record; and it is further,

**ORDERED**, that a copy of this Order, certified by counsel to be a true copy, may be filed and recorded with the Clerk of the Superior Court of New Jersey and with the County Clerk(s).

United States Bankruptcy Court
District of New Jersey

In re:  
Kollette Lynn Taylor  
    Debtor

Case No. 18-30573-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 04, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kollette Lynn Taylor, 126 Hidden Trail, North Plainfield, NJ 07060-3924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

David G. Beslow
     on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
     on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
     on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark Goldman | on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Trustee Albert Russo yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9