Certificate Number: 14912-NJ-DE-037869534

Bankruptcy Case Number: 18-30573



14912-NJ-DE-037869534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2023, at 8:58 o'clock PM EDT, Kollette Taylor completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 20, 2023                By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor