| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Kollette Taylor* | Order Filed on November 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**KOLLETTE LYNN TAYLOR,**<br><br>Debtor | Case No.:  18-30573<br><br>Chapter:    13<br><br>Judge:      CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: November 16, 2023

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page:       2
Debtor(s):  Kollette Lynn Taylor
Case No.:   18-30573/CMG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $1,302.50 for services rendered and expenses in the amount of $ 29.84  for a total of $1,332.34 of which $400.00 has already been received by said attorney and of which the balance of $932.34 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

　　XX through the Chapter 13 Plan as an administrative priority, from the balance of funds on hand with the Chapter 13 Trustee.

　　___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.