| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kollette Lynn Taylor <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2800 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–30573–CMG | | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Kollette Lynn Taylor

<u>1/17/24</u>                                                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30573-CMG

Kollette Lynn Taylor  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                                        Page 1 of 9
Date Rcvd: Jan 17, 2024                Form ID: 3180W                                     Total Noticed: 187

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kollette Lynn Taylor, 126 Hidden Trail, North Plainfield, NJ 07060-3924 |
| 517815972 | + | ACB Receivables Management, Po Box 350, Asbury Park, NJ 07712-0350 |
| 517815973 | + | ACB Receivables Management, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517815975 |   | Avenue, c/o JH Portfolios, 5757 Phanpon Drive, Suite 225, Hazelwood, MO 63042 |
| 517883578 |   | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517815988 | + | Capital One Bank, 323 W. Lakeside Avenue, #200, Cleveland, OH 44113-1009 |
| 517815990 | + | Capital One Bank c/o, Hayt Hayt & Landau, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 517815993 | + | Citgo Card, P.O. Box 6401, Sioux Falls, SD 57117-6401 |
| 517815992 | + | Citgo c/o, Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 517816033 | + | First Saving Bank / Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 517816037 | + | Genesis Financial Solutions, 8705 Sw Nimbus Ave Ste 3, Beaverton, OR 97008-4000 |
| 517816040 | + | Gettington, c/o Faloni & Associates, 165 Passaic Avenue, Ste. 301B, Fairfield, NJ 07004-3592 |
| 517816041 | + | Gettington c/o, Faloni & Associates, PO Box 1285, Caldwell, NJ 07007-1285 |
| 517816055 | + | Kohl's, c/o Altran Financial, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 517816058 | + | Lane Bryant c/o, Contract Callers Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 517816069 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517816071 | + | Macy's, c/o ARS, 201 West Grand Avenue, Escondido, CA 92025-2603 |
| 517816072 | + | Matrix, c/o Oilphant Financial, 1800 2nd Street, Suite 603, Sarasota, FL 34236-5990 |
| 517816087 | + | Monterey County Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 517816118 | + | Rjm Acq Llc, 575 Underhill Blvd, Syosset, NY 11791-3426 |
| 517816117 | + | Rjm Acq Llc, 575 Underhill Blvd Suite 224, Syosset, NY 11791-3416 |
| 517816123 | + | Select Portfolio Servicing, P.O. Box 65587, Salt Lake City, UT 84165-0587 |
| 517816142 | + | State Of Nj Highed Ed, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 517816138 | + | State of New Jersey, c/o Office of the Attorney General, Hughes Justice Complex, 25 West Market Street CN-080, Trenton, NJ 08611-2148 |
| 517816137 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517816140 |   | State of New York, Office of the Attorney General, State Capital, Albany, NY 12224 |
| 517818567 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517816165 | + | TJX c/o, Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 517816161 | + | Target, c/o RFR Assets, 4510 West 77th Street, Minneapolis, MN 55435-5505 |
| 517816178 | + | Walmart c/o, Convergent Outsourcing, 800 SW 39th Streett, Suite 100, Renton, WA 98057-4927 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517815950 | + | Email/Text: bankruptcynotices@aarons.com | Jan 17 2024 20:45:00 | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |

Case 18-30573-CMG    Doc 88    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
Certificate of Notice    Page 4 of 11

| District/off: 0312-3 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 187 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517815965 | + | Email/Text: bankruptcynotices@aarons.com | Jan 17 2024 20:45:00 | Aaron's Sales & Lease, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 517815958 | + | Email/Text: bankruptcynotices@aarons.com | Jan 17 2024 20:45:00 | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 517815974 | + | EDI: PRA.COM | Jan 18 2024 01:30:00 | Amazon, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 517815976 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 17 2024 20:44:00 | Barclays, c/o Philips & Cohan, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 517815977 | + | EDI: TSYS2 | Jan 18 2024 01:30:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517815978 | + | EDI: TSYS2 | Jan 18 2024 01:30:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517815981 | | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital 1 Bank, Po Box 85520, Richmond, VA 23285 |
| 517816073 | | Email/Text: cfcbackoffice@contfinco.com | Jan 17 2024 20:44:00 | Matrix, P.O. Box 8099, Newark, DE 19714 |
| 517816007 | | Email/Text: cfcbackoffice@contfinco.com | Jan 17 2024 20:44:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 517816008 | | Email/Text: cfcbackoffice@contfinco.com | Jan 17 2024 20:44:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 517815979 | + | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517815985 | + | EDI: PRA.COM | Jan 18 2024 01:30:00 | Capital One, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 517815983 | + | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517815984 | + | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 517815986 | + | EDI: CAPONEAUTO.COM | Jan 18 2024 01:30:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517815987 | + | EDI: CAPONEAUTO.COM | Jan 18 2024 01:30:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517829168 | + | EDI: AISACG.COM | Jan 18 2024 01:30:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517826330 | + | EDI: AISACG.COM | Jan 18 2024 01:30:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517815989 | ^ | MEBN | Jan 17 2024 20:42:39 | Capital One Bank, c/o Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 517855574 | | EDI: CAPITALONE.COM | Jan 18 2024 01:30:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517916223 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 21:02:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517815991 | + | EDI: BLUESTEM | Jan 18 2024 01:30:00 | Citfingerhut, 6250 Ridgewood Roa, Saint Cloud, MN 56303-0820 |
| 517815994 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Avenue, Attention: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517815995 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517815997 | + | EDI: WFNNB.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 18 2024 01:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517815996 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 517815998 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 517816004 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 517816003 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/Torrid, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517816000 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 517816001 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517816002 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 517816006 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 517816005 | | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517816009 | + | Email/Text: signed.order@pfwattorneys.com | Jan 17 2024 20:44:00 | Credit One, c/o Pressler Felt & Warshsaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517816011 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 21:03:12 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517816010 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 21:02:45 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517816013 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2024 21:03:42 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517816176 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517816177 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517816021 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 517816020 | | EDI: CITICORP | Jan 18 2024 01:30:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 517816018 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Jan 17 2024 20:45:00 | Delta Ccu, 1025 Viriginia Ave, Atlanta, GA 30354-1319 |
| 517816016 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Jan 17 2024 20:45:00 | Delta Ccu, Attention: Bankruptcy Department, Po Box 20541, Atlanta, GA 30320-2541 |
| 517816022 | | Email/Text: bankruptcycourts@equifax.com | Jan 17 2024 20:44:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517816023 | | Email/Text: bankruptcycourts@equifax.com | Jan 17 2024 20:44:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 517816024 | ^ | MEBN | Jan 17 2024 20:41:35 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517816025 | ^ | MEBN | Jan 17 2024 20:40:58 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517816031 | | Email/Text: BNSFN@capitalsvcs.com | Jan 17 2024 20:44:00 | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517816030 | | Email/Text: BNSFN@capitalsvcs.com | Jan 17 2024 20:44:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 517816035 | Email/Text: BNSFS@capitalsvcs.com | Jan 17 2024 20:44:00 | First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517816034 | Email/Text: BNSFS@capitalsvcs.com | Jan 17 2024 20:44:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 517816032 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 17 2024 20:44:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 517816026 | ^ MEBN | Jan 17 2024 20:41:53 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517816027 | ^ MEBN | Jan 17 2024 20:42:11 | Financial Recoveries, 200 East Park Driv, Mount Laurel, NJ 08054-1297 |
| 517816029 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517816036 | + EDI: PHINGENESIS | Jan 18 2024 01:30:00 | Genesis Financial Solutions, Attn: Bankruptcy, Po Box 4865, Beaverton, OR 97076-4865 |
| 517816038 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Gettington, P.O. Box 1500, Saint Cloud, MN 56395-1500 |
| 517816039 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517816043 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2024 20:45:00 | HSBC Auto Finance / Santander, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517816042 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2024 20:45:00 | HSBC Auto Finance / Santander, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517816046 | Email/Text: bankruptcy@hsn.net | Jan 17 2024 20:45:00 | HSN, P.O. Box 9090, Clearwater, FL 33758-9090 |
| 517816047 | + Email/Text: signed.order@pfwattorneys.com | Jan 17 2024 20:44:00 | HSN, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517816045 | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | HSN, PO Box 659707, San Antonio, TX 78265 |
| 517816044 | + EDI: HFC.COM | Jan 18 2024 01:30:00 | Hsbc Bank, 95 Washington Street, Buffalo, NY 14203-3006 |
| 518394338 | EDI: IRS.COM | Jan 18 2024 01:30:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517816049 | + EDI: PRA.COM | Jan 18 2024 01:30:00 | JC Penny, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 517816028 | EDI: BLUESTEM | Jan 18 2024 01:30:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 517816052 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 17 2024 20:45:00 | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517816050 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 17 2024 20:45:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 517816054 | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 20:44:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 517816057 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 20:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517816056 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 20:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 519916147 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 21:03:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519916148 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 20:51:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-30573-CMG    Doc 88    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
Certificate of Notice    Page 7 of 11

| District/off: 0312-3 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 187 |

| | | | | |
|---|---|---|---|---|
| 517816062 | ^ | MEBN | | |
| | | | Jan 17 2024 20:41:21 | LVNV Funding c/o, Stenger & Stenger, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 517931600 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 17 2024 21:03:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517889397 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 17 2024 20:51:27 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517816065 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 17 2024 21:02:51 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 517816063 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 17 2024 21:02:43 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 517816059 | + | EDI: WFNNB.COM | | |
| | | | Jan 18 2024 01:30:00 | Lane Bryant Retail/soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 517816060 | | EDI: SYNC | | |
| | | | Jan 18 2024 01:30:00 | Lord & Taylor, P.O. Box 960035, Orlando, FL 32896-0035 |
| 517816061 | + | EDI: Q3GTBI | | |
| | | | Jan 18 2024 01:30:00 | Lord & Taylor, c/o The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 517859364 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 17 2024 20:50:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517816067 | + | EDI: PHINGENESIS | | |
| | | | Jan 18 2024 01:30:00 | Mabt - Genesis Retail, Bankcard Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 517816068 | + | EDI: PHINGENESIS | | |
| | | | Jan 18 2024 01:30:00 | Mabt - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 517816074 | + | Email/Text: bknotices@fbcs-inc.com | | |
| | | | Jan 17 2024 20:44:00 | Merrick Bank, c/o FBCS, 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 517816076 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 17 2024 21:02:44 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517816075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 17 2024 20:50:34 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517816077 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 17 2024 20:45:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517874836 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 17 2024 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517816086 | + | Email/Text: pattie@montereycountybank.com | | |
| | | | Jan 17 2024 20:45:00 | Monterey County Bank, 601 Munras Ave, Monterey, CA 93940-3107 |
| 517840510 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Jan 17 2024 20:45:00 | NY State Dept of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 517816109 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517936359 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517929720 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517937133 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517929714 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Citgo, POB 41067, Norfolk VA 23541 |
| 517929711 | | EDI: PRA.COM | | |
| | | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |

Case 18-30573-CMG    Doc 88    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
                              Certificate of Notice    Page 8 of 11

| District/off: 0312-3 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 187 |

| | | | |
|---|---|---|---|
| 517929715 | | EDI: PRA.COM | |
| | | Jan 18 2024 01:30:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517816085 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jan 17 2024 20:44:00 | Midland Funding c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517816089 | + | Email/PDF: clerical@simmassociates.com | |
| | | Jan 17 2024 21:03:19 | Paypal, c/o Simm Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 517816088 | + | Email/Text: recovery@paypal.com | |
| | | Jan 17 2024 20:44:00 | Paypal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 517816097 | + | Email/Text: Bankruptcy@pinnaclefcu.com | |
| | | Jan 17 2024 20:45:00 | Pinnacle Fed Cr Un, 135 Raritan Center, Edison, NJ 08837-3625 |
| 517816090 | + | Email/Text: Bankruptcy@pinnaclefcu.com | |
| | | Jan 17 2024 20:45:00 | Pinnacle Fed Cr Un, 135 Raritan Center Pkwy, Edison, NJ 08837-3625 |
| 517816104 | + | EDI: PRA.COM | |
| | | Jan 18 2024 01:30:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517816114 | + | Email/Text: signed.order@pfwattorneys.com | |
| | | Jan 17 2024 20:44:00 | QVC, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517861928 | | EDI: Q3G.COM | |
| | | Jan 18 2024 01:30:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517816116 | ^ | MEBN | |
| | | Jan 17 2024 20:41:16 | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 517971220 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Jan 17 2024 20:44:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517921396 | + | Email/Text: bncmail@w-legal.com | |
| | | Jan 17 2024 20:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517816119 | + | Email/Text: bankruptcy@savit.com | |
| | | Jan 17 2024 20:45:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517816120 | + | Email/Text: bankruptcy@savit.com | |
| | | Jan 17 2024 20:45:00 | SaVit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517816124 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jan 17 2024 20:45:00 | Select Portfolio Servicing, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 517816121 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Jan 17 2024 20:45:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 517816127 | + | Email/Text: clientservices@simonsagency.com | |
| | | Jan 17 2024 20:45:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517816132 | + | Email/Text: clientservices@simonsagency.com | |
| | | Jan 17 2024 20:45:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517816141 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | |
| | | Jan 17 2024 20:45:00 | State of New York, Department of Taxation and Finance, WA Harriman State Campus, Albany, NY 12227-0001 |
| 517816139 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | |
| | | Jan 17 2024 20:45:00 | State of New York, Department of Taxation and Finance, Bankruptcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 517827597 | + | Email/Text: clientservices@simonsagency.com | |
| | | Jan 17 2024 20:45:00 | Summit Medical Group, C/O Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 517816143 | + | EDI: SYNC | |
| | | Jan 18 2024 01:30:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517816144 | + | EDI: SYNC | |
| | | Jan 18 2024 01:30:00 | Syncb Bank/American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 517816145 | + | EDI: SYNC | |
| | | Jan 18 2024 01:30:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, |

Case 18-30573-CMG    Doc 88    Filed 01/19/24    Entered 01/20/24 00:18:52    Desc Imaged
                        Certificate of Notice    Page 9 of 11

| District/off: 0312-3 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 187 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 517816146 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Syncb/citgo, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 517816147 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517816148 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517816149 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517816151 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517816154 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 517816153 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517816156 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517816155 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517816157 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517816158 | + | EDI: SYNC | Jan 18 2024 01:30:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517919749 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 20:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517816160 | + | EDI: WTRRNBANK.COM | Jan 18 2024 01:30:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517816159 | | EDI: WTRRNBANK.COM | Jan 18 2024 01:30:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517816162 | + | EDI: WTRRNBANK.COM | Jan 18 2024 01:30:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517816164 | + | EDI: Q3GTBI | Jan 18 2024 01:30:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 517816163 | + | EDI: Q3GTBI | Jan 18 2024 01:30:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 517816166 | + | EDI: WFNNB.COM | Jan 18 2024 01:30:00 | Torrid, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517816167 | + | Email/Text: signed.order@pfwattorneys.com | Jan 17 2024 20:44:00 | Torrid, c/o Pressler, Felt and Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517816168 | ^ | MEBN | Jan 17 2024 20:41:09 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517816169 | ^ | MEBN | Jan 17 2024 20:41:13 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517936318 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2024 20:45:00 | U.S. Bank National Association, as trustee, on beh, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 517932018 | | Email/Text: electronicbkydocs@nelnet.net | Jan 17 2024 20:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 517816172 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 17 2024 20:45:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

| 517816174 | + Email/Text: electronicbkydocs@nelnet.net | Jan 17 2024 20:45:00 | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 517816170 | + Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2024 20:45:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Ste. 700, Newark, NJ 07102-2527 |
| 517816171 | + Email/Text: electronicbkydocs@nelnet.net | Jan 17 2024 20:45:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 517816180 | + EDI: PHINGENESIS | Jan 18 2024 01:30:00 | Web Bank, 8405 Sw Nimbus Ave, Beaverton, OR 97008-7185 |
| 517816179 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Web Bank, 215 S State St Ste 800, Salt Lake City, UT 84111-2339 |
| 517816182 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517816183 | + EDI: BLUESTEM | Jan 18 2024 01:30:00 | Webbank/Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 157

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517816115 | | Raritan Bay Fed Cr Un |
| 517816048 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 518539056 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518331479 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517816126 | * | Select Portfolio Servicing, Inc., 3815 South West Temple Street, Salt Lake City, UT 84115 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org |

| District/off: 0312-3 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: 3180W | Total Noticed: 187 |

    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon

    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz

    on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

    on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Mark Goldman

    on behalf of Debtor Kollette Lynn Taylor yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman

    on behalf of Trustee Albert Russo yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9